**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MASSACHUSETTS**

2005 JAN 20 P 12: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
corporation,

Defendant.

Civil Action No. 04-12668 RGS

## AFFIDAVIT OF SERVICE

I, Victoria L. Walton, on oath and on my own personal knowledge state that on or about

January 5, 2005, I served a true and accurate copy of a Summons, Complaint and Jury Demand

and Civil Action Cover Sheets upon Wal-Mart Stores, Inc., by mailing same, via certified mail,

return receipt requested, pursuant to the "Long Arm Statute," M.G.L. c. 223A, and that true

copies of the Summons, transmittal letter and signed return receipt depicting such service are

attached hereto as Exhibit "A". The postal receipt reflects delivery on January 10, 2005.

Signed under the penalties of perjury this 19th day of January, 2005.

_____
Victoria L. Walton, Esq. (BBO #650999)
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

23804.19/00900118

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Reebok International Ltd.

**V.**

Wal-Mart Stores, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04-12668 RGS

TO: (Name and address of defendant)

Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR  72716

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shepard Davidson, Esq.
Burns and Levinson LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_____
(BY) DEPUTY CLERK

DEC 21 2004

_____
DATE

FILE COPY

# BURNS & LEVINSON LLP

125 SUMMER STREET  BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

VICTORIA L. WALTON
617-345-3615
VWALTON@BURNSLEV.COM

January 5, 2005

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
*NO. 7000 1530 0005 1281 5729*

Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR  72716

> **Re:**    ***Reebok International Ltd. v. Wal-Mart Stores, Inc.***
> ***U.S. District Court, D. Mass. Case No:  04-12668 RGS***

Dear Sir or Madam:

Pursuant to Massachusetts General Laws, Chapter 223A (the Massachusetts Long Arm Statute), enclosed is a Complaint and Jury Demand, Summons and Civil Action Cover Sheets with regard to the above-entitled action.  If you have any questions concerning the enclosed, please call me.

Very truly yours,

Victoria L. Walton

Enclosures

cc:    Keith Wexelblatt, Esq. (w/o encl.)
       Donald R. Banowit, Esq. (w/o encl.)
       Shepard Davidson, Esq. (w/o encl.)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1530 0005 1281 5729

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5 ³⁴ |

VL Walton

Sent To  Wal-Mart Stores, Inc   #23804.19
Street, Apt. No.; or PO Box No.  702 S.W. 8th Street
City, State, ZIP+4  Bentonville AR 72716

PS Form 3800, May 2000     See Reverse for Instructions

00896891