IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 22 A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
corporation,

    Defendant.

Civil Action No. 04-12668
(RGS)(RBC)

Hon. Richard G. Stearns, U.S.D.J.

**NOTICE OF APPEARANCE OF
IRVING H. PICARD**

Please enter my appearance on behalf of Defendant Wal-Mart Stores, Inc.

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**

*/s/ Irving H. Picard*

Irving H. Picard, Esq. (BBO # 398820)
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 649-4700
(212) 333-5980 facsimile

Dated: February 18, 2005

### CERTIFICATE OF SERVICE

I, Irving H. Picard, hereby certify that I mailed a copy of the foregoing pleading by Federal Express to the following counsel for plaintiff Reebok International Ltd.: Victoria L. Walton, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1624; and Donald R. Banowit, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Ave., N.W., Washington, D.C. 20005.

*/s/ Irving H. Picard*

Irving H. Picard

#96487 v1
105210-52957