Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice to be filed)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*ATTORNEYS FOR DEFENDANT,*
*WAL-MART STORES, INC.*

FILED
IN CLERKS OFFICE
2005 FEB 22 A 11: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 04-12668 (RGS)(RBC) <br> Hon. Richard G. Stearns, U.S.D.J. <br><br> **CORPORATE DISCLOSURE STATEMENT, PURSUANT TO FED. R. CIV. P. 7.1** |

Defendant Wal-Mart Stores, Inc., having a principal place of business at 702 S.W. 8th Street, Bentonvile, Arkansas 72716 ("Wal-Mart"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1, hereby states that: (a) there is no parent corporation of Wal-Mart; and (b) there is no publicly held corporation that owns 10% or more of Wal-Mart's stock.

Respectfully submitted,

Dated: February 18, 2005

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: /s/ Irving H. Picard
Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice pending)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

#96533 v1
105210-52957

(212) 649-4700 ph
(212) 333-5980 fax

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via Federal Express in compliance with Local Civil Rule 5.2. As such, a copy of this Corporate Disclosure Statement, Pursuant to Fed. R. Civ. P. 7.1 was served via Federal Express upon the following counsel of record for Plaintiff Reebok International, Ltd.:

> Victoria L. Walton (BBO #650999)
> BURNS & LEVINSON LLP
> 125 Summer Street
> Boston, Massachusetts 02110-1624
> (617) 345-3000
> (617) 345-3299 facsimile
>
> Donald R. Banowit (pro hac vice)
> STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
> 1100 New York Avenue, N.W.
> Washington, D.C. 20005
> (202) 371-2600
> (202) 371-2540 facsimile

_____
Irving H. Picard (BBO # 398820)

#96533 v1
105210-52957