## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MASSACHUSETTS

*FILED CLERKS OFFICE*
*2005 FEB 23 P 12: 54*
*U.S. DISTRICT COURT DISTRICT OF MASS*

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

                    Plaintiff,

          v.

WAL-MART STORES, INC., a Delaware
corporation,

                    Defendant.

Civil Action No. 04-12668 RGS

### REEBOK INTERNATIONAL LTD.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Reebok International Ltd. states that it has no

parent corporation and that there is no publicly held corporation that owns 10% or more of the

stock in Reebok International Ltd.

                              Respectfully submitted,

                              REEBOK INTERNATIONAL LTD.
                              By its attorneys,

                              _____
                              Shepard Davidson, Esq. (BBO#557082)
                              Victoria L. Walton, Esq. (BBO #650999)
                              Burns & Levinson, LLP
                              125 Summer Street
                              Boston, MA 02110
                              (617) 345-3000

Dated:  February 22, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 2/22/05
_____

23804.19/00907873