IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

        Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
corporation,

        Defendant.

Civil Action No. 04-12668 (RGS)(RBC)
Judge Richard G. Stearns

**MOTION TO ADMIT PETER T. COBRIN PRO HAC VICE**

Irving H. Picard, on behalf of defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby moves this Court pursuant to L.R. 83.5.3(b) for an order permitting Peter T. Cobrin, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione P.C., of New York, New York, to appears as an attorney in this action for the limited purpose of defending Wal-Mart Stores, Inc., in this one actions.

The grounds for the motion are that:

1. Wal-Mart is the defendant in this action. Wal-Mart is currently being represented and has appeared in this action through Irving H. Picard, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., who is duly licensed to practice in the State of Massachusetts and is a member in good standing of the Bar of this Court.

2. As explained in the attached Certificate of Peter T. Cobrin, Mr. Cobrin:

a. Has an office located at One Pennsylvania Plaza, 37th Floor, New York, NY 10119, with a telephone number of (212) 649-4700 and a facsimile number of (212) 333-5980.

b. Is licensed to practice law in the State of New York, and is a member in good standing of, <u>inter alia</u>, the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York, and of the United States Courts of Appeals for the Second, Third, Fifth and Federal Circuits, and also the United States Supreme Court.

c. Is not the subject of any pending disciplinary action in any of the jurisdictions described above.

d. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court for so long as he is permitted to appear in this action.

3. A Certificate of Good Standing for Mr. Cobrin from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, is attached hereto.

4. The filing fee of $50.00 accompanies this Motion.