IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>    Defendant. | Civil Action No. 04-12668 RGS |

**PLAINTIFF'S MOTION FOR ATTORNEYS
TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Plaintiff Reebok International Ltd. ("Reebok"), by its counsel Shepard Davidson, Esq. and Victoria L. Walton, Esq., hereby moves that Attorney Donald R. Banowit ("Attorney Banowit"), Attorney David K.S. Cornwell ("Attorney Cornwell") and Attorney Rae Lynn P. Guest ("Attorney Guest") of the law firm, Sterne, Kessler, Goldstein & Fox, P.L.L.C., 1100 New York Avenue, N.W., Washington, DC 20005 (phone 202-371-2600; fax 202-371-2540), be allowed to appear on behalf of Reebok and practice in this Court in the above-captioned action. As grounds for this Motion, Reebok states as follows:

1. Attorney Banowit (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the Commonwealth of Virginia, as well as the United States Court of Appeals for the

Federal Circuit, the United States Court of Appeals for the Fourth Circuit and the United States District Court for the Eastern District of Virginia; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Banowit is attached hereto as Exhibit A.

    2.    Attorney Cornwell (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the State of New Mexico, as well as the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the District of Maryland, the Central District of Illinois, and the Southern District of Ohio; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Cornwell is attached hereto as Exhibit B.

    3.    Attorney Guest (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where she has been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the Commonwealth of Virginia, as well as the United States Court of Appeals for the Fourth Circuit; and (3) there are no disciplinary proceedings proceeding against her as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Guest is attached hereto as Exhibit C.

    4.    Attorney Banowit, Attorney Cornwell and Attorney Guest are assisting with the litigation of this action.

5.     Counsel for Reebok has conferred with counsel for defendants in good faith to resolve the issues raised by this motion, and counsel for defendants has informed counsel for Reebok that he has no objection to Attorney Banowit, Attorney Cornwell and Attorney Guest being admitted pro hac vice.

6.     The within motion for admission is brought by Reebok's counsel, Shepard Davidson and Victoria L. Walton, both members of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Donald R. Banowit, Attorney David K.S. Cornwell and Attorney Rae Lynn P. Guest to appear and practice in this Court in the above captioned case.

> Respectfully submitted,
> REEBOK INTERNATIONAL LTD.
>
> By its attorneys,
>
> /s/Victoria L. Walton
> Shepard Davidson, Esq. (BBO#557082)
> Victoria L. Walton, Esq. (BBO#650999)
> BURNS & LEVINSON LLP
> 125 Summer Street
> Boston, MA  02110
> (617) 345-3000
> vwalton@burnslev.com

Dated:   March 15, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Defendants in a good faith effort to narrow areas of dispute related to this Motion.

/s/Victoria L. Walton
Victoria L. Walton

**CERTIFICATE OF SERVICE**

      I, Victoria L. Walton, Esq., do hereby certify that I have this 15th day of March, 2005 served a copy of Plaintiff's Motion for Attorneys to Appear Pro Hac Vice, by First Class Mail, postage prepaid, to the parties listed below:

Irving H. Picard, Esq.
Peter T. Cobrin, Esq.
Clyde A. Shuman, Esq.
Gibbons, Del Deo, Dolan,
 Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY  10119


                                            /s/Victoria L. Walton
                                              Victoria L. Walton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>                               Plaintiff,<br>     v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>                               Defendant. | Civil Action No. 04-12668 RGS |

## RULE 83.5.3 CERTIFICATE OF DONALD R. BANOWIT

I, Donald R. Banowit, hereby certify as follows:

1.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2.    I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the Commonwealth of Virginia, as well as the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit and the United States District Court for the Eastern District of Virginia.

3.    As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 11th day of March, 2005.

                                                                      /s/Donald R. Banowit
                                                                      Donald R. Banowit

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>        Plaintiff,<br> v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>        Defendant. | Civil Action No. 04-12668 RGS |

## RULE 83.5.3 CERTIFICATE OF DAVID K.S. CORNWELL

I, David K.S. Cornwell, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the State of New Mexico, as well as the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the District of Maryland, the Central District of Illinois, and the Southern District of Ohio.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 11th day of March, 2005.

                /s/David K.S. Cornwell
                David K.S. Cornwell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>                    Plaintiff,<br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>                    Defendant. | Civil Action No. 04-12668 RGS |

### RULE 83.5.3 CERTIFICATE OF RAE LYNN P. GUEST

I, Rae Lynn P. Guest, hereby certify as follows:

1.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2.    I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the District of Columbia Bar and the Bar of the Commonwealth of Virginia, as well as the United States Court of Appeals for the Fourth Circuit.

3.    As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 11th day of March, 2005.

                                                      /s/Rae Lynn P. Guest
                                                      Rae Lynn P. Guest