Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*ATTORNEYS FOR DEFENDANT,*
*WAL-MART STORES, INC.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD., <br><br> Plaintiff, <br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 04-12668 (RGS)(RBC) <br> Hon. Richard G. Stearns, U.S.D.J. <br><br> Return date: April 14, 2005 <br><br> **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY, PURSUANT TO FED. R. CIV. P. 56** |

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves this Court, pursuant to Fed. R. Civ. P. 56 and D. Mass. Local Rule ("L.R.") 56.1, for summary judgment in its favor and against plaintiff Reebok International Ltd. ("Reebok"), that U.S. Patent No. D495,127 ("the '127 patent"), is invalid as anticipated, under 35 U.S.C. § 102, and therefore cannot be infringed.

The basis for this motion may be found in the supporting memorandum and in the Declaration of Peter T. Cobrin, submitted herewith.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for Wal-Mart hereby certifies that it conferred with counsel for Reebok regarding this motion. Counsel for Reebok does not consent to the motion.

Respectfully submitted,

Dated: March 28, 2005

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: _____
Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via Federal Express in compliance with Local Civil Rule 5.2. As such, a copy of this DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY, PURSUANT TO FED. R. CIV. P. 56 was served via Federal Express upon the following counsel of record for Plaintiff Reebok International, Ltd.:

Victoria L. Walton (BBO #650999)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
(617) 345-3000
(617) 345-3299 facsimile

Donald R. Banowit (pro hac vice)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-2600
(202) 371-2540 facsimile

_____
Peter T. Cobrin (pro hac vice)