Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*ATTORNEYS FOR DEFENDANT,*
*WAL-MART STORES, INC.*



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 04-12668 (RGS)(RBC) <br> Hon. Richard G. Stearns, U.S.D.J. <br><br> Return date: April 14, 2005 <br><br> **DECLARATION OF PETER T. COBRIN, ESQ., IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, PETER T. COBRIN, hereby state under oath as follows:

1. I am a member of the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and am admitted *pro hac vice* on behalf of defendant Wal-Mart Stores ("Wal-Mart") in this action. I make this declaration in support of Wal-Mart's motion for summary judgment of patent invalidity.

2. Attached hereto as Exhibit A is a true and accurate copy of U.S. Pat No. D495,127.

3. Attached hereto as Exhibit B is a true and accurate copy of U.S. Patent No. 2,669,038.

#98236 v1
105210-52957

  I declare under the penalty of perjury that the foregoing is true and correct.


Dated this _____ day of March, 2005.
New York, New York

              _____
              Peter T. Cobrin

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via Federal Express in compliance with Local Civil Rule 5.2. As such, a copy of this DECLARATION OF PETER T. COBRIN, ESQ., IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was served via Federal Express upon the following counsel of record for Plaintiff Reebok International, Ltd.:

>Victoria L. Walton (BBO #650999)
>BURNS & LEVINSON LLP
>125 Summer Street
>Boston, Massachusetts 02110-1624
>(617) 345-3000
>(617) 345-3299 facsimile

>Donald R. Banowit (pro hac vice)
>STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
>1100 New York Avenue, N.W.
>Washington, D.C. 20005
>(202) 371-2600
>(202) 371-2540 facsimile

_____
Peter T. Cobrin (pro hac vice)

#98236 v1
105210-52957

US00D495127S1

| (12) | United States Design Patent | (10) Patent No.: | US D495,127 S |
|---|---|---|---|
| | Marvin et al. | (45) Date of Patent: ** | Aug. 31, 2004 |

(54) **PORTION OF A MIDSOLE**

(75) Inventors: **William Marvin**, Brighton, MA (US); **Brian Christensen**, Centerville, MA (US)

(73) Assignee: **Reebok International Ltd.,** Canton, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/203,335**

(22) Filed: **Apr. 14, 2004**

**Related U.S. Application Data**

(62) Division of application No. 10/607,541, filed on Jun. 27, 2003.

(51) LOC (7) Cl. ................................................. 02-99
(52) U.S. Cl. ........................................................ D2/972
(58) Field of Search ........................... D2/902, 907, 908, D2/943, 944, 969, 972–974, 964–967; 36/45, 50.1, 77 M, 77 R, 83, 88, 113, 114, 126–130

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,081,442 A | 12/1913 | Geiger | |
| D93,966 S | 12/1934 | Bressler | |
| D95,767 S * | 5/1935 | Marks | D2/965 |
| 2,048,683 A | 7/1936 | Brockman | |
| D112,267 S * | 11/1938 | Court | D2/965 |
| D125,773 S | 3/1941 | Macauley | |
| 3,777,374 A | 12/1973 | Hendricks | |
| D261,446 S * | 10/1981 | Schmohl | D2/907 |
| 4,641,438 A | 2/1987 | Laird et al. | |
| D290,542 S * | 6/1987 | O'Rourke | D2/907 |
| 4,680,876 A | 7/1987 | Peng | |
| 4,736,531 A | 4/1988 | Richard | |
| D295,459 S | 5/1988 | Zuidema et al. | |
| D295,691 S | 5/1988 | Zuidema et al. | |
| D295,692 S | 5/1988 | Zuidema et al. | |
| D296,384 S | 6/1988 | Tong | |
| 4,760,651 A | 8/1988 | Pon-Tzu | |
| 4,823,482 A | 4/1989 | Lakic | |
| D301,659 S | 6/1989 | Le | |
| D302,352 S | 7/1989 | Austin | |
| D303,451 S * | 9/1989 | Weiner | D2/908 |
| 4,887,367 A | 12/1989 | Mackness et al. | |
| 4,918,838 A | 4/1990 | Chang | |
| 4,936,030 A | 6/1990 | Rennex | |
| D316,773 S | 5/1991 | Valle | |
| 5,014,449 A | 5/1991 | Richard et al. | |
| D319,337 S | 8/1991 | Hatfield | |
| D320,303 S | 10/1991 | Kiyosawa | |
| D322,153 S | 12/1991 | Schneider et al. | |
| D323,577 S | 2/1992 | Kayano | |
| D324,940 S | 3/1992 | Claveria | |
| D325,288 S | 4/1992 | Richard et al. | |
| D326,355 S | 5/1992 | Cotsidas | |
| D327,770 S | 7/1992 | Prats et al. | |
| 5,181,873 A | 1/1993 | Tolbert | |
| D334,463 S | 4/1993 | Chang | |
| D334,833 S | 4/1993 | Blissett | |
| 5,224,277 A | 7/1993 | Sang Do | |
| D341,708 S | 11/1993 | Blissett | |
| D344,401 S | 2/1994 | Kilgore | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0 299 669 B1 | 12/1993 |
| FR | 2 563 979 | 5/1984 |
| GB | 2 244 200 A | 11/1991 |

OTHER PUBLICATIONS

Shoes, A Lexicon of Style by Valerie Steel; Rizzoli, 1999; p. 18, Ferragamo layered heel.*

*Primary Examiner*—Dominic Simone
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a portion of a midsole, as shown and described.

**DESCRIPTION**

FIG. 1 is a side view of a portion of a midsole showing our new design; and,
FIG. 2 is a cross sectional view thereof taken along line 2—2.
The broken line is environmental only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**




US D495,127 S

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D350,018 S | 8/1994 | Kilgore |
| D350,019 S | 8/1994 | Kilgore |
| D350,020 S | 8/1994 | Kilgore |
| D350,225 S | 9/1994 | Kilgore |
| D350,227 S | 9/1994 | Kilgore |
| D350,433 S | 9/1994 | Kilgore |
| 5,343,639 A | 9/1994 | Kilgore et al. |
| D351,057 S | 10/1994 | Kilgore |
| D351,720 S | 10/1994 | Kilgore |
| 5,353,523 A | 10/1994 | Kilgore et al. |
| D351,936 S | 11/1994 | Kilgore |
| D352,155 S | 11/1994 | Merceron |
| D352,157 S | 11/1994 | Merceron |
| D352,159 S | 11/1994 | Kilgore |
| D352,160 S | 11/1994 | Kilgore |
| 5,367,792 A | 11/1994 | Richard et al. |
| D354,617 S * | 1/1995 | Kilgore ...................... D2/964 |
| 5,502,901 A | 4/1996 | Brown |
| 5,505,010 A | 4/1996 | Fukuoka |
| 5,595,002 A | 1/1997 | Slepian et al. |
| D377,859 S | 2/1997 | Bramani |
| 5,607,749 A | 3/1997 | Strumor |
| 5,621,984 A | 4/1997 | Hsieh |
| 5,625,966 A | 5/1997 | Perotto et al. |
| D379,864 S | 6/1997 | Kayano |
| D384,192 S | 9/1997 | Hsieh |
| D388,241 S | 12/1997 | Merceron |
| D404,896 S * | 2/1999 | Cooper ........................ D2/972 |
| 5,901,467 A | 5/1999 | Peterson et al. |
| 5,975,861 A | 11/1999 | Shin et al. |
| 6,282,814 B1 | 9/2001 | Krafsur et al. |
| 6,519,873 B1 | 2/2003 | Buttigieg |
| D485,053 S * | 1/2004 | McDowell ................... D2/972 |
| 2001/0049888 A1 | 12/2001 | Krafsur et al. |
| 2003/0196354 A1 | 10/2003 | Chu |

* cited by examiner



FIG.1

U.S. Patent    Aug. 31, 2004    Sheet 1 of 2    US D495,127 S

**U.S. Patent**        Aug. 31, 2004        Sheet 2 of 2        US D495,127 S



FIG.2

Feb. 16, 1954     R. DE WERTH     2,669,038
SHOCK ABSORBING SHOE HEEL
Filed Nov. 19, 1951     2 Sheets-Sheet 1



INVENTOR.
ROBERT DE WERTH
BY
ATTORNEY

Feb. 16, 1954     R. DE WERTH     2,669,038
SHOCK ABSORBING SHOE HEEL
Filed Nov. 19, 1951     2 Sheets-Sheet 2



INVENTOR.
ROBERT DE WERTH
BY
ATTORNEY

Patented Feb. 16, 1954

2,669,038

# UNITED STATES PATENT OFFICE

2,669,038

SHOCK ABSORBING SHOE HEEL

Robert De Werth, New York, N. Y.

Application November 19, 1951, Serial No. 257,064

5 Claims. (Cl. 36—38)

1

The present invention relates to new and useful improvements in a shock absorbing shoe heel.

More particularly, the present invention proposes the construction of a shock absorbing shoe heel which is resilient in construction so as to relieve shock and jolting encountered with each step taken during normal walking. It has been determined that many of the annoyances connected with sore and aching feet and legs and back trouble are caused by the shock which the body absorbs with each step taken with shoes equipped with the conventional rubber, leather or the like heels. The principal object of the present invention is the construction of a resilient heel having wear heels attached thereto which will absorb all of the shock and jolt of the heaviest step regardless of whether the wear heels are constructed of rubber or leather relieving the body of absorbing such shocks and jolts and so doing away with the agonies and discomfort of aching feet and legs and back trouble.

Another object of the present invention proposes constructing the shock absorbing heel to include an outer member for attachment to the shoe and which has an open bottom into which an inner member, mounting the wear heel, is slidably mounted in a manner so that the inner member and its attached wear heel may have freedom of movement relative to the outer member.

Still further, the present invention proposes the provision of a plurality of spring connectors interposed between the outer and inner members and have connection with each in a manner to constitute the inner member and integral part of the outer member while at the same time leaving the inner member free for sliding movements relative to the outer member.

The present invention further proposes constructing the spring connectors to include coil springs which are under normal unbiased extension in a manner to hold the inner member in a normal extended position relative to the outer member when there is no pressure on the heel.

A further object of the present invention proposes constructing the inner member with a recess in its bottom face within which the wear heel is removably mounted in a manner so that the wear heels can be quickly and easily replaced when worn out without requiring replacement of the complete heel and without having to take the shoes to a shoe repair man eliminating the usual delays encountered when heels have to be replaced.

2

Still another object of the present invention proposes constructing the inner member of separate sections arranged one behind the other with the rearmost section having its spring connectors arranged at a downward and rearward inclination in a manner to be substantially at right angles to the floor surface as the back of the heel first strikes the surface during a normal walking step.

Still further, the present invention proposes mounting the wear heel of that rearmost section of the inner member so that its bottom face will be inclined upward and rearward in a manner to be parallel to and strike the floor surface with the flat of its bottom face as the back of the heel first strikes the surface during a normal walking step and thereby eliminate much of the wear and tear on the rearmost section of the heel.

Another object of the present invention proposes constructing the inner member of a plurality of separate laterally extended portions, each of which mounts a separate wear heel portion in a manner so that individual portions of the wear heel which receive the most wear and tear can be removed and replaced without requiring replacement of the entire wear heel.

Another important feature of those heels of the present construction in which the wear heel is divided into two or more transversely extended sections is that the sections are free so that their respective springs will be compressed progressively less from the rear to the front of the heel as the rear of the heel first strikes the ground and the heel is rocked forward as the step is being completed.

Still further, the present invention proposes the construction of a shock absorbing heel which is neat in appearance and in which all of the spring connectors are completely enclosed between the outer and inner members eliminating the possibility of dirt and grime collecting on those spring connectors while at the same time protecting the spring connectors against the ravages of mud, rain, snow, ice and the like; particularly, when shoes equipped with the shock absorbing heels of the present invention are worn during inclement weather.

It is a further object of the present invention to construct a shock absorbing heel which is simple and durable, which is completely effective for its intended purposes and which can be manufactured and sold at a reasonable price for use on new shoes or for attachment to old shoes as a part of the resoling and rebuilding thereof.

For further comprehension of the invention,

2,669,038

3

and of the objects and advantages thereof, reference will be had to the following description and accompanying drawings, and to the appended claims in which the various novel features of the invention are more particularly set forth.

In the accompanying drawings forming a material part of this disclosure:

Fig. 1 is an elevational view of the rear portion of a man's shoe equipped with a shock absorbing heel constructed in accordance with the present invention.

Fig. 2 is a bottom elevational view of the heel, per se, shown in Fig. 1.

Fig. 3 is a longitudinal sectional view taken substantially on the line 3—3 of Fig. 2.

Fig. 4 is a horizontal sectional view taken substantially on the line 4—4 of Fig. 3.

Fig. 5 is a plan view of a portion of Fig. 3.

Fig. 6 is an elevational view of the spring, per se, of one of the spring connectors.

Fig. 7 is a plan view of Fig. 6.

Fig. 8 is a perspective view of the spring retainer, per se, of one of the spring connectors.

Fig. 9 is a view similar to Fig. 3, but illustrating the shock absorbing heel constructed in accordance with a modification of the present invention.

Fig. 10 is a bottom plan view of Fig. 9.

Fig. 11 is an enlarged detailed view of the rear portion of Fig. 9.

Fig. 12 is a partial transverse vertical sectional view taken on the line 12—12 of Fig. 11 with the bottom portion thereof broken away to reveal details of the means for mounting the bottom wedge member in position.

Fig. 13 is a plan view of the top wedge member used in the form of the invention shown in Figs. 9 to 12.

Fig. 14 is a plan view of the bottom wedge member used in the form of the invention shown in Figs. 9 to 12.

Fig. 15 is another view similar to Fig. 3, but illustrating the shock absorbing heel constructed in accordance with a further modification of the present invention.

Fig. 16 is a bottom plan view of Fig. 15.

Fig. 17 is an enlarged detailed view of a portion of Fig. 15.

Fig. 18 is a partial transverse vertical sectional view taken on the line 18—18 of Fig. 17.

Fig. 19 is a plan view of the wedge member used in the form of the invention shown in Figs. 15 to 18.

The shock absorbing heel, according to the first form of the present invention shown in Figs. 1 to 8, wherein the heel is shown attached to the back of a man's shoe 30 and as including a top or outer member 31. The outer member 31 is fashioned of a non-corroding metal such as stainless steel and has a top wall 32 and a depending skirt wall 33 all about the top wall 32. Thus, the outer member 31 is completely open at its bottom. The top wall 32 is provided with a plurality of spaced threaded holes 34, one of which is shown in Fig. 3, by which the outer member 31 can be attached to the outer sole of the shoe 30. The attachment is accomplished by screws, not shown, which are passed through the outer sole and threaded into the holes 34 with the heads of the screws located beneath the inner sole of the shoe. However, the manner of attaching the outer member 31 to the shoe is not an essential feature of the present invention and any other feasible method can be substituted for the screws and complementary holes 34 with-

4

out departing from the scope and intent of the present invention.

Extended completely about the outer face of the skirt wall 33 of the outer member 31, there is a strip of leather 35 which matches in color and texture the leather of the shoe 30. The strip of leather 35 is secured in position by a thin layer of mucilage 36 interposed between the skirt wall 33 and the strip of leather 35. So that the mucilage 36 will have greater affinity for the surface of the skirt wall 33 the same can be suitably roughened, if desired. While a strip of leather is preferably used for covering the outer face of the skirt wall 33, it is appreciated that other materials can be used for that purpose.

Fitted into the open bottom of the outer member 31, there is a lower or inner member 37 fashioned of the same material used for making the outer member. The inner member 37 has a bottom wall 38 and an upstanding skirt wall 39. The skirt wall 39 of the inner member 37 has an outer circumference to be snugly fitted with freedom of sliding movement into the skirt wall 33 of the outer member 31.

The bottom wall 38 of the inner member 37 has a recess 40 extended in from its bottom face and into which a wear heel 41 is fitted. The wear heel 41 has its bottom face extended below the bottom face of the bottom wall 38 of the inner member 37. The wear heel 41 is releasably retained in position by several screws 42 passed through complementary holes 43 in the wear heel 41 and threaded into complementary threaded holes 44 formed in the bottom wall 38 of the inner member 37.

Welded to the inner face of the bottom wall 38 of the inner member 37, concentric with each of the threaded holes 44, there are small internally threaded collars 42$^a$. The inner ends of the screws 42 after passing through the holes 44 are threaded into the collars 42$^a$. Thus, the collars 42$^a$ function as nuts in the assembled heel to securely anchor the screws 42 in position. The use of the collars 42$^a$ is particularly important in cases where the bottom wall 38 is particularly thin providing very little anchorage for the inner ends of the screws.

By removing the screws 42, the wear heel 41 can be lifted out and replaced by a new one without requiring replacement of the complete heel or engaging the services of a professional shoe repair man. On the drawings, the wear heel is illustrated as being formed of rubber; however, that is by way of illustration only as the wear heel can be made of leather or one of the synthetic resinous materials, if desired.

Spring connectors 45 are provided for connecting together the outer member 31 and the inner member 37 to make an integral assembly of the heel parts. Each of the spring connectors 45 is comprised of a coil spring 46 and spring retainers 47 at the ends thereof. The coil springs 46 are shaped from a piece of relatively stiff wire biased to maximum extension, as shown in Fig. 3. At their ends, the coil springs 46 have enlarged endmost convolutions 48 for a purpose which will become clear as this specification proceeds and smaller intermediate convolutions 49 between the enlarged endmost convolutions 48.

The spring retainers 47 are shaped of a non-corrosive metal and are substantially cup-shaped in formation with open sides directed away from each other and with inwardly directed flanges 50 opposite their open sides. Internally, the spring retainers 47 are of a diameter just slightly smaller

2,669,038

5

than the external diameter of the enlarged endmost convolutions 48 of the coil springs 46. Those endmost convolutions 48 of the springs 46 are fitted into the spring retainers 47 with slight compression so as to frictionally grip and maintain the spring retainers 47 in a fixed position with relation to the coil springs 46. As shown in Figs. 4 and 8, the flanges 50 of the spring retainers 47 are formed with cutouts 51 in one side thereof through which the springs 46 extend to the exterior of the spring retainers 47.

Extending from the outwardly facing open sides of the spring retainers 47, there are spaced lugs 52 which are projected through complementary holes 53 formed in the top wall 32 of the outer member 31 and in the bottom wall 38 of the inner member 37. The free ends of the lugs 52 are bent over against the outer faces of the walls 32 and 38 securing the spring retainers 47 fixedly in position. To assemble the inner and outer members by means of the spring retainers 47, the retainers at one end of each of the spring connectors 45 are first connected with one of the walls 32 or 38. The retainers 47 at the other ends of the spring connectors 45 are then all rotated to the desired position in which the lugs 52 will be in proper alignment with the holes 53 of the other plate 32 or 38. The other plate is then slipped into position over those lugs 52 and the lugs bent over to complete the assembly.

With the coil springs 46 biased to maximum extension as shown in Fig. 3, the inner member 37 will be retained with the top edges of its upstanding skirt wall 39 extended just slightly into the depending skirt wall 33 of the outer member 31. The tension of the coil springs 46 should be such that they will be compressed to approximately one-half their maximum extension under the force exerted during a normal walking step by the person wearing the shoes equipped with the shock absorbing heels. That tension will, of course, vary in accordance with the weight of different persons. It is known that people of certain heights have weights falling within certain extremes and wear shoes of a certain size. Shoes of different sizes are equipped with heels of different sizes, so that in manufacturing the heels they will be equipped with coil springs 46 possessing a tension in accordance with the size of the heel into which they are fitted resulting in springs of the proper tension being attached to proper shoes in accordance with the weight of the person who will eventually wear the shoes.

In the modification of the invention shown in Figs. 9 to 14, the inner member 37 is divided into a front portion 37ª and a rear portion 37ᵇ each of which is provided with a separate wear heel portion 41 and 41ᵇ respectively. The wear heel portion 41ᵇ of the rearmost portion 37ᵇ of the inner member 37 has a flat bottom face extended parallel to the flat bottom face of the wear heel portion 41. However, the spring connectors 45ª of the rearmost portion 37ᵇ are positioned at a downwardly and rearwardly inclined angle, as shown in Fig. 9. Those spring connectors 45ª are mounted between wedge members 55 and 56 having parallel downwardly and forwardly inclined faces engaged by the spring retainers 47 of the spring connectors 45ª.

The topmost wedge member 55 is secured in position between the sides of the skirt wall 33 of the outer member and against the inner face of its top wall 32 by screws 57 passed through holes formed in the skirt wall 33 and the top wall 32 and threaded into complementary threaded re-

6

cesses 58 formed in the wedge member 55. In this form of the invention it is the wedge member 55 and 56 which are formed with the holes 53ª, see Figs. 11, 13 and 14, which are engaged by the lugs 52 of the spring connectors 45ª of the rear portion 37ᵇ of the inner member 37.

The bottommost wedge member 56 is secured to the bottom wall 38 of the rear portion 37ᵇ of the inner member 37 by several screws 59, one of which is shown in Fig. 12, which are passed through holes 60, see Fig. 14, in the ends of the wedge member 56 and threaded into complementary threaded recesses 61 formed in the bottom wall 38.

Regarding the screws 57 and 59, in certain instances it may be desirable to eliminate the use of those screws and secure the wedge members 55 and 56 in position by welding or similar means. The use of welding is particularly desirable in those instances where the material of the inner member 37 and the outer member 31 is so thin as to provide a very insecure anchorage for the head ends of the screws.

Along its front edge, the topmost wedge member 55 is formed with a depending transversely extending wall 62 which is disposed between the portions 37ª and 37ᵇ of the inner member 37 and which holds those portions separated for individual sliding movement relative to the outer member 31 and to each other. The spring connectors 45ª are arranged at a downward and rearward extended angle to be substantially at right angles to the floor surface when the rear end of the heel first strikes the floor surface during a normal walking step. That arrangement leaves the spring connectors 45ª free so that their springs 46 will be compressed only in a direction parallel to their axis when the heel first strikes the floor surface so that all of the force will be exerted to compress the spring in a direction parallel to its axis without being absorbed by the heel portions in some direction other than the direction of compression and to be eventually absorbed by the wearer's foot.

In all other respects, the form of the invention shown in Figs. 9 to 14 is similar to that described and illustrated in connection with Figs. 1 to 8 and like reference numerals are used to identify like parts throughout.

The modification of the invention shown in Figs. 15 to 19 is similar to that described in connection with Figs. 9 to 14 distinguishing only in the arrangement and sliding positioning of the rear portion 37ᵇ of the inner member 37. In this form of the invention, a block 65 is fitted into the rear of the outer member 31 behind the front portion 37ª of the inner member 37. The block 65 is secured in position by several screws 66 which are passed through complementary holes formed in the skirt wall 33 of the outer member 31 and threaded into complementary threaded recesses 67 formed about the outer periphery of the block 65. The bottom face of the block 65 is hollowed out to slidably receive the rear portion 37ᵇ for sliding movements extended parallel to the downward and rearward inclination of the spring connectors 45ᵇ of that rear portion 37ᵇ. The rear portion 37ᵇ is shaped to have its bottom wall 38 extend downward and forward at right angles to the axis of sliding of the rear portion and so as to mount the respective rear portion 41ᵇ of the wear heel 41 so that its bottom face will be extended downward and forward at an inclination. Thus, the bottom face of the rear portion

2,669,038

7

41ᵇ of the wear heel 41 will be in a position to strike the floor surface substantially flat as the rear of the heel is brought down on the floor surface during a normal walking step.

As in the case of the wedge members 55 and 56 of the form of the invention illustrated in Figs. 9 to 14, it may be desirable to weld the block 65 in position within the rear of the outer member 31 rather than to secure it in position using the screws 66. It being appreciated that welding can be substituted for the screws 66 without departing from the scope and intent of the present invention.

The top wall of the block 65 is shaped to provide an internal wedge member 55ᵃ having the holes 53ᵃ engaged by the lugs 52 of the topmost spring retainer 47. The bottom wall 39 of the rear portion 37ᵇ of the inner member 37 being inclined, as shown in Figs. 15 and 17, there is no need for a bottom wedge member as in the previous form of the invention. Therefore, the bottom spring retainer 47 of the spring connector 45ᵇ is secured directly to that bottom wall by having its lugs 52 passed through the holes 53, as shown in Fig. 17.

In all other respects, the form of the invention shown in Figs. 15 to 19 is similar to that described in connection with Figs. 9 to 14 and like reference numerals identify like parts throughout the several views.

Each of the modifications of the invention has been characterized by the use of eleven spring connectors and while that is the preferred arrangement, the same is by way of illustration only as the number of spring connectors can be increased or decreased as desired without departing from the scope and intent of the present invention. The eleven spring connectors are shown arranged in three transversely extending rows of three each and one row at the rear of the heel which has only two spring connectors. That, too, is by way of illustration only, particularly as regards the rear row of spring connectors where more than two connectors can be used if desired. However, best results are obtained if not less than two connectors are used in that rear row.

While I have illustrated and described the preferred embodiments of my invention, it is to be understood that I do not limit myself to the precise constructions herein disclosed and the right is reserved to all changes and modifications coming within the scope of the invention as defined in the appended claims.

Having thus described my invention, what I claim as new, and desire to secure by United States Letters Patent is:

1. A shock absorbing shoe heel, comprising an outer member for attachment to a shoe and having an open top, an inner member having an open top slidably fitted into said outer member, spring connectors between said members joining them together so that said inner member can move relative to said outer member, said inner member having a recess in its bottom face, and a wear heel mounted in said recess and depended from the bottom face of said inner member, said inner member being divided into a front portion and a rear portion, said wear heel being divided into separate portions one for each of said portions of said inner member.

2. A shock absorbing shoe heel, comprising an outer member for attachment to a shoe and having an open bottom, an inner member having an open top slidably fitted into said outer member,

8

spring connectors between said members joining them together so that said inner member can move relative to said outer member, said inner member having a recess in its bottom face, and a wear heel mounted in said recess and depended from the bottom face of said inner member, said inner member being divided into a front portion and a rear portion, said wear heel being divided into separate portions one for each of said portions of said inner member, said rear portion of said inner member having its spring connectors arranged at a downward and rearward inclination with the bottom face of the rear portion of said wear heel arranged on the same plane with the bottom face of the front portion of said wear wheel.

3. A shock absorbing shoe heel, comprising an outer member for attachment to a shoe and having an open bottom, an inner member having an open top slidably fitted into said outer member, spring connectors between said members joining them together so that said inner member can move relative to said outer member, said inner member having a recess in its bottom face, and a wear heel mounted in said recess and depended from the bottom face of said inner member, said inner member being divided into a front portion and a rear portion, said wear heel being divided into separate portions one for each of said portions of said inner member, said rear portion of said inner member having its spring connectors arranged at a downward and rearward inclination with the bottom face of the rear portion of said wear heel arranged at a downward and forward inclination.

4. A shock absorbing shoe heel, comprising an outer member for attachment to a shoe and having an open bottom, an inner member having an open top slidably fitted into said outer member, spring connectors between said members joining them together so that said inner member can move relative to said outer member, said inner member having a recess in its bottom face, and a wear heel mounted in said recess and depended from the bottom face of said inner member, said inner member being divided into a front portion and a rear portion, said wear heel being divided into separate portions one for each of said portions of said inner member, said rear portion of said inner member having its spring connectors arranged at a downward and rearward inclination with the bottom face of the rear portion of said wear heel arranged on the same plane with the bottom face of the front portion of said wear heel, said spring connectors being supported at the downward and rearward inclination by being mounted between wedge members fixedly mounted within said outer member and the rear portion of said inner member.

5. A shock absorbing shoe heel, comprising an outer member for attachment to a shoe and having an open bottom, an inner member having an open top slidably fitted into said outer member, spring connectors between said members joining them together so that said inner member can move relative to said outer member, said inner member having a recess in its bottom face, and a wear heel mounted in said recess and depended from the bottom face of said inner member, said inner member being divided into a front portion and a rear portion, said wear heel being divided into separate portions one for each of said portions of said inner member, said rear portion of said inner member having its

2,669,038

9

spring connectors arranged at a downward and rearward inclination with the bottom face of the rear portion of said wear heel arranged at a downward and forward inclination, said rear portion being mounted for sliding movements parallel to the inclination of said spring connectors within a hollowed block member fixedly mounted within said outer member behind the front portion of said inner member.

ROBERT DE WERTH.

10

References Cited in the file of this patent

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| 993,279 | Scruggs | May 23, 1911 |
| 1,094,211 | Jenol & Kruchio | Apr. 21, 1914 |
| 1,099,180 | Karacsonyi | June 9, 1914 |
| 1,469,920 | Dutchak | Oct. 9, 1923 |