IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>        Defendant. | Civil Action No. 04-12668 RGS |

**ASSENTED TO MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE**

  Plaintiff Reebok International Ltd. ("Reebok") hereby moves this Court for a three week extension to May 2, 2005, to file its Opposition to Defendant's Motion for Summary Judgment. As grounds for this Motion, Reebok states that the parties have been discussing settlement and have been dedicating their time to a resolution of this action.

  WHEREFORE, Reebok prays that this Court grant Reebok International Ltd. an extension to May 2, 2005 to file its Opposition to Defendant's Motion for Summary Judgment.

        Respectfully submitted,
        REEBOK INTERNATIONAL LTD.

        By its attorneys,

        /s/Victoria L. Walton
        Shepard Davidson, Esq. (BBO#557082)
        sdavidson@burnslev.com
        Victoria L. Walton, Esq. (BBO#650999)
        vwalton@burnslev.com
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA  02110
        (617) 345-3000

Dated:   April 11, 2005

ASSENTED TO:

WAL-MART STORES, INC.,
By its attorneys

/s/Peter T. Cobrin
Irving H. Picard, Esq. (BBO #398820)
Peter T. Cobrin, Esq. (Admitted *pro hac vice*)
Gibbons, Del Deo, Dolan,
 Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY  10119

Dated:  April 11, 2005

## LOCAL RULE 7.1 CERTIFICATION

     Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Defendants in a good faith effort to narrow areas of dispute related to this Motion.

/s/Victoria L. Walton
Victoria L. Walton

## CERTIFICATE OF SERVICE

      I, Victoria L. Walton, Esq., do hereby certify that I have this 11th day of April, 2005 served a copy of Assented to Motion to Extend Summary Judgment Deadline, by First Class Mail, postage prepaid, to the parties listed below:

Irving H. Picard, Esq.
Peter T. Cobrin, Esq.
Gibbons, Del Deo, Dolan,
 Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY  10119

                                              /s/Victoria L. Walton
                                               Victoria L. Walton