UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Honorable Richard G. Stearns |

PLAINTIFF, REEBOK INTERNATIONAL LTD.'S, NOTICE OF CROSS-MOTION
AND CROSS-MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF
U.S. DESIGN PATENT NO. D495,127

Reebok International Ltd. ("Reebok") hereby moves this Court, pursuant to Fed. R. Civ. P. 56(b) for summary judgment of validity of U.S. Design Patent No. D495,127 ("the '127 patent") and for an order declaring the validity of the '127 patent on behalf of Reebok. A supporting Memorandum with relevant points and authorities, a Concise Statement of Material Facts pursuant to Local Rule 56.1, a Declaration of David K.S. Cornwell, a Certificate of Conferral and Good Faith Attempt to Resolve or Narrow the Issue and a Proposed Order accompany this cross-motion.

This cross-motion is made on the grounds that there is no genuine issue as to any material fact and that, as a matter of law, the '127 patent is presumed valid and Defendant Wal-Mart Stores, Inc. has failed to provide clear and convincing evidence of invalidity. Summary judgment is proper pursuant to Federal Rule 56 and should be granted in favor of Plaintiff Reebok.

REQUEST FOR ORAL ARGUMENT

Reebok believes that oral argument may assist the Court in reaching a decision on the present motion and hereby requests that the Court hear oral arguments on the present motion.

WHEREFORE, the Plaintiff respectfully requests that the Court grant Reebok's motion for summary judgment of validity of the '127 patent and an order declaring the validity of the '127 patent.

Respectfully submitted,

REEBOK INTERNATIONAL LTD.

By its attorneys,

   /s/ Victoria L. Walton

| | |
|---|---|
| Shepard Davidson (BBO#557082) | David K.S. Cornwell (*pro hac vice*) |
| sdavidson@burnslev.com | Donald R. Banowit (*pro hac vice*) |
| Victoria L. Walton (BBO#650999) | Rae Lynn P. Guest (*pro hac vice*) |
| vwalton@burnslev.com | |
| BURNS & LEVINSON LLP | STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C. |
| 125 Summer Street | 1100 New York Avenue, N.W. |
| Boston, MA 02110-1624 | Washington, D.C. 20005 |
| Telephone: 617-345-3000 | Telephone: 202-371-2600 |
| Facsimile: 617-345-3299 | Facsimile: 202-371-2540 |

Dated: May 2, 2005

393787_1.DOC