UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.,<br><br>                 Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                 Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Honorable Richard G. Stearns |

PLAINTIFF, REEBOK INTERNATIONAL LTD.'S, NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF
U.S. DESIGN PATENT NO. D495,127

      Plaintiff Reebok International Ltd. ("Reebok") hereby moves this Court, pursuant to Fed. R. Civ. P. 56(b), for summary judgment of infringement and for an order declaring that Defendant Wal-Mart Stores, Inc. ("Wal-Mart") has infringed U.S. Design Patent No. D495,127 ("the '127 patent). A supporting Memorandum with relevant points and authorities, a Concise Statement of Material Facts pursuant to Local Rule 56.1, a Declaration of David K.S. Cornwell, a Certificate of Conferral and Good Faith Attempt to Resolve or Narrow the Issue and a Proposed Order accompany this motion.

      This motion is made on the grounds that there is no genuine issue as to any material fact and that, as a matter of law, Wal-Mart has infringed the '127 patent by the sale and/or offer for sale of certain shoes marketed under the name "Oxide" ("the Oxide shoes") and sold by Wal-Mart throughout the United States. Summary judgment is proper pursuant to Federal Rule 56 and should be granted in favor of Plaintiff Reebok.

REQUEST FOR ORAL ARGUMENT

Reebok believes that oral argument may assist the Court in reaching a decision on the present motion and hereby requests that the Court hear oral arguments on the present motion.

WHEREFORE, the Plaintiff respectfully requests that the Court grant Reebok's motion for summary judgment of infringement of the '127 patent and issue an order declaring that Defendant has infringed the '127 patent.

Respectfully submitted,

REEBOK INTERNATIONAL LTD.

By its attorneys,

| /s/ Victoria L. Walton | |
|---|---|
| Shepard Davidson (BBO#557082) | David K.S. Cornwell (*pro hac vice*) |
| sdavidson@burnslev.com | Donald R. Banowit (*pro hac vice*) |
| Victoria L. Walton (BBO#650999) | Rae Lynn P. Guest (*pro hac vice*) |
| vwalton@burnslev.com | |
| BURNS & LEVINSON LLP | STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C. |
| 125 Summer Street | 1100 New York Avenue, N.W. |
| Boston, MA 02110-1624 | Washington, D.C. 20005 |
| Telephone: 617-345-3000 | Telephone: 202-371-2600 |
| Facsimile: 617-345-3299 | Facsimile: 202-371-2540 |

Dated: May 2, 2005

393692_1.DOC