UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.,<br><br>      Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Honorable Richard G. Stearns |

**CERTIFICATE OF CONFERRAL AND GOOD FAITH ATTEMPT
TO RESOLVE OR NARROW THE ISSUE**

I, Donald R. Banowit, counsel for plaintiff, Reebok International Ltd., hereby certify, pursuant to Local Rule 7.1, that I have conferred with Peter T. Cobrin, counsel for defendant, and have made a good faith attempt to resolve or narrow the issues relating to Reebok's Cross-Motion for Summary Judgment of Validity and Reebok's Motion for Summary Judgment of Infringement. Opposing counsel has indicated that they will oppose the Cross-Motion and Motion.

Respectfully submitted,

_____
Donald R. Banowit (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540

Dated: May 2, 2005

393725_1.DOC