UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD.,

                Plaintiff,

v.

WAL-MART STORES, INC.,

                Defendant.

Civil Action No. 04-12668 (RGS)(RBC)
Honorable Richard G. Stearns

**PROPOSED ORDER**

    The Court, having reviewed Reebok International Ltd.'s ("Reebok's") Motion for Summary Judgment of Infringement and having considered the submissions of the parties both in support of and in opposition to the above motion, concludes that there is no genuine issue as to any material fact and that Defendant Wal-Mart Stores, Inc. ("Wal-Mart") has infringed U.S. Design Patent No. D495,127 to Marvin *et al.* ("the '127 patent") by the sale and/or offer for sale of certain shoes marketed under the name "Oxide" ("the Oxide shoes") and sold by Wal-Mart throughout the United States.  The Court also finds that Wal-Mart has not proven U.S. Design Patent No. D495,127 to be invalid by clear and convincing evidence.  Therefore, Reebok is entitled to summary judgment as a matter of law on the issue of infringement.

    It is therefore ORDERED*,*

that Plaintiff's Motion for Summary Judgment of Infringement is hereby Granted and that Wal-Mart is immediately enjoined from making, using, selling or offering to sell in the United States the Oxide shoes, which were the subject of Reebok's Motion for Infringement.

_____
Honorable Richard G. Stearns
United States District Court Judge

Dated:

393764_1.DOC