# Gibbons, Del Deo, Dolan, Griffinger & Vecchione

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 10119-3701

212-649-4700

WEB SITE
http://www.gibbonslaw.com

Peter T. Cobrin
Director
(212) 554-9603

DIRECT FACSIMILE
(973) 639-8381
PCobrin@gibbonslaw.com

May 10, 2005

**VIA ELECTRONIC MAIL**

Ms. Elaine Flaherty
Docket Clerk of Hon. Richard G. Stearns
United States District Court,
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   Reebok International Ltd. v. Wal-Mart Stores, Inc.
            Civil Action No. 04-12668 (RGS)(RBC)

Dear Ms. Flaherty:

    I am counsel of record for defendant Wal-Mart Stores, Inc..

    There is presently scheduled a scheduling conference on May 18, 2005 at 3:00 p.m. before Judge Stearns. I respectfully request that I be allowed to participate via telephone. My adversary has consented to this request.

    Thank you for your cooperation.

                              Respectfully,

                              s/Peter T. Cobrin

PTC/gs
cc:    Victoria L. Walton, Esq. (via Email)
       Donald R. Banowit, Esq. (via Email)