## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD., a Massachusetts corporation<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>       Defendant. | Civil Action No. 04-12668 RGS |

## ASSENTED TO MOTION TO EXTEND SUMMARY JUDGMENT MOTION DEADLINE

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves this Court for a one week extension to May 23, 2005, to file its Opposition to Plaintiff's Motions for Summary Judgment. As grounds for this Motion, Wal-Mart states that Plaintiff has filed two (2) Motions for Summary Judgment which require considerable time to properly oppose.

WHEREFORE, Wal-Mart prays that this Court grant Wal-Mart an extension to May 23, 2005 to file its Opposition to Plaintiff's Motions for Summary Judgment.

#100744 v1
105210-52957

        Respectfully submitted,
WAL-MART STORES, INC.,
By its attorneys,


    /s/ Peter T. Cobrin
Irving H. Picard, Esq. (BBO #398820)
Peter T. Cobrin, Esq. (Admitted *pro hac vice*)
Gibbons, Del Deo, Dolan,
  Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

Dated: May 11, 2005

ASSENTED TO:

REEBOK INTERNATIONAL LTD.
By its attorneys


    /s/ Shepard Davidson
Shepard Davidson, Esq. (BBO #557082)
sdavidson@burnslev.com
Victoria L. Walton, Esq. (BBO #650999)
vwalton@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000


Dated: May 11, 2005


## LOCAL RULE 7.1 CERTIFICATION

    Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Plaintiff who consented to this Motion.


    /s/ Peter T. Cobrin
Peter T. Cobrin

## CERTIFICATE OF SERVICE

      I, Peter T. Cobrin, Esq., do hereby certify that I have this 11th day of May, 205 served a copy of Assented to Motion to Extend Summary Judgment Deadline, by First Class Mail, postage prepaid, to the parties listed below:

| | |
|---|---|
| Donald R. Banowit, Esq. | Shepard Davidson, Esq. |
| Sterne, Kessler, Goldstein & Fox P.L.L.C. | Victoria L. Walton, Esq. |
| 1100 New York Avenue, N.W. | Burns & Levinson LLP |
| Suite 600 | 125 Summer Street |
| Washington, D.C. 20005 | Boston, MA 02110 |

                                            /s/ Peter T. Cobrin
                                            Peter T. Cobrin