Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*ATTORNEYS FOR DEFENDANT, WAL-MART STORES, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD.,<br>Plaintiff,<br>v.<br>WAL-MART STORES, INC.,<br>Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Hon. Richard G. Stearns, U.S.D.J.<br><br>**DECLARATION OF XU YIPING** |

I, XU YIPING, hereby state under oath as follows:

1. I am a member of Shanghai Patent and Trademark Law Office, located at 435 Guiping Road, Caohejing HiTech Park, Shanghai 2000233, China.

2. I reviewed drawings provided by Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. (hereinafter, "Gibbons"), counsel for the Defendant, and attached hereto as Exhibit A. The drawings illustrate side and cross-sectional views of a portion of a shoe's midsole. The drawings ultimately became the subject matter of U.S. Patent Design No. D495,127 (hereinafter, the "'127 patent"). Attached hereto as Exhibit B is a true and accurate copy of the '127 patent.

3. On or about August 5, 2004, I conducted a prior art publication search for the subject matter depicted in the drawings. While conducting the search, I reviewed (i) several Chinese publications including magazines relating to footwear, and (ii) various footwear design data, including drawings from Chinese magazines, publications, books and periodicals that introduce commercial products, such as footwear, garments, electronic products, etc.

4. Attached hereto as Exhibit C is a true and accurate copy of the results of the above referenced prior art publication search. The results include a copy of a page from a publication entitled "China Leather News," dated January 28, 2003. This publication includes a photograph of a roller blade bearing a trademark "HYPNO".

5. Attached hereto as Exhibit D is a true and accurate copy of the entire publication of "China Leather News," dated January 28, 2003.

6. The "China Leather News" publication, dated January 28, 2003, is prior art to the '127 patent.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April, 2005.
Shanghai, China

Xu Yiping

#98758 v1
105210-52957



FIG.1



FIG.2

US00D495127S1

(12) **United States Design Patent**
**Marvin et al.**

(10) **Patent No.: US D495,127 S**
(45) **Date of Patent: ** Aug. 31, 2004**

(54) **PORTION OF A MIDSOLE**

(75) Inventors: **William Marvin**, Brighton, MA (US); **Brian Christensen**, Centerville, MA (US)

(73) Assignee: **Reebok International Ltd.**, Canton, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/203,335**

(22) Filed: **Apr. 14, 2004**

**Related U.S. Application Data**

(62) Division of application No. 10/607,541, filed on Jun. 27, 2003.

(51) **LOC (7) Cl.** .................................................. **02-99**
(52) **U.S. Cl.** ...................................................... **D2/972**
(58) **Field of Search** ......................... D2/902, 907, 908, D2/943, 944, 969, 972–974, 964–967; 36/45, 50.1, 77 M, 77 R, 83, 88, 113, 114, 126–130

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,081,442 A 12/1913 Geiger
D93,966 S 12/1934 Bressler
D95,767 S * 5/1935 Marks ......................... D2/965
2,048,683 A 7/1936 Brockman
D112,267 S * 11/1938 Court .......................... D2/965
D125,773 S 3/1941 Macauley
3,777,374 A 12/1973 Hendricks
D261,446 S * 10/1981 Schmohl ...................... D2/907
4,641,438 A 2/1987 Laird et al.
D290,542 S * 6/1987 O'Rourke .................... D2/907
4,680,876 A 7/1987 Peng
4,736,531 A 4/1988 Richard
D295,459 S 5/1988 Zuidema et al.
D295,691 S 5/1988 Zuidema et al.
D295,692 S 5/1988 Zuidema et al.
D296,384 S 6/1988 Tong
4,760,651 A 8/1988 Pon-Tzu
4,823,482 A 4/1989 Lakic
D301,659 S 6/1989 Le
D302,352 S 7/1989 Austin
D303,451 S * 9/1989 Weiner ........................ D2/908
4,887,367 A 12/1989 Mackness et al.
4,918,838 A 4/1990 Chang
4,936,030 A 6/1990 Rennex
D316,773 S 5/1991 Valle
5,014,449 A 5/1991 Richard et al.
D319,337 S 8/1991 Hatfield
D320,303 S 10/1991 Kiyosawa
D322,153 S 12/1991 Schneider et al.
D323,577 S 2/1992 Kayano
D324,940 S 3/1992 Claveria
D325,288 S 4/1992 Richard et al.
D326,355 S 5/1992 Cotsidas
D327,770 S 7/1992 Prats et al.
5,181,873 A 1/1993 Tolbert
D334,463 S 4/1993 Chang
D334,833 S 4/1993 Blissett
5,224,277 A 7/1993 Sang Do
D341,708 S 11/1993 Blissett
D344,401 S 2/1994 Kilgore

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP 0 299 669 B1 12/1993
FR 2 563 979 5/1984
GB 2 244 200 A 11/1991

OTHER PUBLICATIONS

Shoes, A Lexicon of Style by Valerie Steel; Rizzoli, 1999; p. 18, Ferragamo layered heel.*

*Primary Examiner*—Dominic Simone
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a portion of a midsole, as shown and described.

**DESCRIPTION**

FIG. **1** is a side view of a portion of a midsole showing our new design; and,

FIG. **2** is a cross sectional view thereof taken along line **2—2**.

The broken line is environmental only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D350,018 | S | | 8/1994 | Kilgore | |
| D350,019 | S | | 8/1994 | Kilgore | |
| D350,020 | S | | 8/1994 | Kilgore | |
| D350,225 | S | | 9/1994 | Kilgore | |
| D350,227 | S | | 9/1994 | Kilgore | |
| D350,433 | S | | 9/1994 | Kilgore | |
| 5,343,639 | A | | 9/1994 | Kilgore et al. | |
| D351,057 | S | | 10/1994 | Kilgore | |
| D351,720 | S | | 10/1994 | Kilgore | |
| 5,353,523 | A | | 10/1994 | Kilgore et al. | |
| D351,936 | S | | 11/1994 | Kilgore | |
| D352,155 | S | | 11/1994 | Merceron | |
| D352,157 | S | | 11/1994 | Merceron | |
| D352,159 | S | | 11/1994 | Kilgore | |
| D352,160 | S | | 11/1994 | Kilgore | |
| 5,367,792 | A | | 11/1994 | Richard et al. | |
| D354,617 | S | * | 1/1995 | Kilgore | D2/964 |
| 5,502,901 | A | | 4/1996 | Brown | |
| 5,505,010 | A | | 4/1996 | Fukuoka | |
| 5,595,002 | A | | 1/1997 | Slepian et al. | |
| D377,859 | S | | 2/1997 | Bramani | |
| 5,607,749 | A | | 3/1997 | Strumor | |
| 5,621,984 | A | | 4/1997 | Hsieh | |
| 5,625,966 | A | | 5/1997 | Perotto et al. | |
| D379,864 | S | | 6/1997 | Kayano | |
| D384,192 | S | | 9/1997 | Hsieh | |
| D388,241 | S | | 12/1997 | Merceron | |
| D404,896 | S | * | 2/1999 | Cooper | D2/972 |
| 5,901,467 | A | | 5/1999 | Peterson et al. | |
| 5,975,861 | A | | 11/1999 | Shin et al. | |
| 6,282,814 | B1 | | 9/2001 | Krafsur et al. | |
| 6,519,873 | B1 | | 2/2003 | Buttigieg | |
| D485,053 | S | * | 1/2004 | McDowell | D2/972 |
| 2001/0049888 | A1 | | 12/2001 | Krafsur et al. | |
| 2003/0196354 | A1 | | 10/2003 | Chu | |

* cited by examiner



FIG. 1



FIG.2

# SHANGHAI PATENT & TRADEMARK LAW OFFICE

# SEARCH REPORT

---

**RE: Prior publication search**

---

**Your Ref:**

**Our Ref: DUSGDD-0001**

**SEARCH SUBJECT:**

A design for a portion of a sneaker

FIG.2

**ENTRUSTING ENTITY:**

Gibbons, Del Deo, Dolan, Griffinger & Vecchione

**SEARCH SCOPE:**

- Chinese magazines relating to shoes, including
    - Chinese-foreign Footwear, 1999-2004.4
    - Hong Kong Footwear, 2000-2004.5
    - Taiwan Footwear News, 1992-2004.6
    - Chinese Leather News, 1995
    - Shoe Technology, 2000-2003
- Design data, the records of which are collected from books and periodicals, including:
    - Sneaker and its design, 2004/3
    - The materials for making shoes using rubber & plastics and its application, 1999/2
    - Shoe design, 2001/7
    - Shoe leather design, 2002/1
    - Technology of shoe leather design, 2001/3
    - The new concept of 21 century garment design, garment partial design----shoe, 2001/1
    - Shoe & hosiery, 2003/1
- Specimen, the records of which are collected from the Chinese main exhibitions only in 2003

**Searching Results:**

Two designs are found published, which are similar to the search subject, details are as follow:

耐克女子跑步鞋
售价 740.00元

阿迪达斯新款运动鞋线条流畅，配色艳丽很是抢眼
售价680.00元

阿迪达斯新款运动鞋鞋跟的设计很讲究。售价 720.00元

彪马运动鞋
售价599.00元

# SPORT so HAPPY

文／李 李 摄影／李 涛(子木工作室) 鸣谢／运动100

人们常说：“生命不止，运动不止。”可见现如今的人是多么重视生命在于运动的呀，如今的年轻人就更是注重这一点了，仅从他们越来越休闲的穿着上就可以看出来。也正因此，每一季的新款运动鞋，都是最受年轻人关注的，也因为有了这些热切的期望，各品牌运动鞋也都在每一季的新款上做足了花样，来吸引更多的目光。

## 运动着...所以快乐着...

阿迪达斯新款跑步鞋
售价 460.00元

美津浓男子慢跑鞋
售价 590.00元

锐步篮球鞋代言人弗朗西斯代言的新款，特点是逐层缓震。售价 899.00元

DMX REFLEX的特点是逐层缓震，给人走时柔软，跑时坚实的感觉。售价 849.00元

锐步艾佛森7代内置DMX 。售价 989.00元

爱世克斯男女情侣慢跑鞋售价 448.00元

阿迪达斯售价 520.00元

阿迪达斯售价 640.00元

NMX SHEAR 排汗透气、衡温抗菌的PLAYDRY面料，结合了水平缓震与传统垂直缓震的功能，使压力从垂直和水平的两个角度分散，从而达到减轻足部压力的最佳效果。售价 799.00元

“彪马”DOOD YEAR轮胎底防滑耐磨。售价599.00元

Chinese-foreign Footwear, Nov. 3, 2003

# 2003年夏季时尚运动鞋

白色、深褐色、桔黄色正、反绒面革配双色大底制成的运动鞋是2003年夏季俊男靓女的首选时尚鞋品。

1. Dunlop 时尚运动鞋，帮面材料选用色泽柔和的白色、浅粉或蓝色正绒面革，非常容易与夏季浅色系列的休闲服装搭配，共同赋于青年男女活泼、青春和朝气蓬勃。
2. North Face Vapor Life 运动鞋，选用了细网状材料作内衬，从而增添鞋的吸潮和透气性，给足部提供了良好、舒适的活动空间。
3. Dolomite 休闲鞋，主要特点是轻便，款式设计属休闲型，是外出旅行的首选鞋品。
4. Trezeta 滚轴鞋，既可以当旱冰鞋，又可折掉滚轴作运动鞋穿，是爱好活动的在校生选用的最佳鞋品。
5. Lowa Chilko XCR 女式轻型运动鞋，选用了Gore-tex XCR 轻型透气材料作内衬，这给爱运动。但却饱受鞋内潮湿和臭脚人带来了福音。
6. Asolo 的夹指凉鞋，造型简单，特别是它的鞋底弧度设计，与足底十分吻合、伏贴，长途旅行穿它既凉爽又无疲劳的感觉。
7. Head 公司推出的四周透气的白色空调鞋，从外观上看与普通运动鞋没有特别之处，但穿上它，有与众不同的舒适感觉。
8、Merrell 休闲男鞋，配以柔软的大底，十佳舒适、休闲。

总编辑：谢 衡　副总编：李 宏　周富春　校对：王 昊　美编：刘振朋 王 勇　地址：北京市朝阳区将台西路18号　邮编：100016
电话 / 编辑部：（010）64362597　广告部：（010）64337808　发行部：（010）64337758　传真：（010）64351739　E-mail:cnler@public3.bta.net.cn
定价：180元 / 年（港澳台地区：300元 / 年，国外其它地区：500元 / 年）　国外总发行：中国国际图书贸易总公司（北京399信箱）　国外代号：4590T
本中心长期办理订阅　开户银行：北京市工商银行望京支行酒仙桥分理处　帐号：02000035090144734-33　收款单位：《中国皮革》杂志社　广告经营许可证：京朝工商广字第0062号
http://www.chinaleathernews.com.cn　排版：中国皮革工业信息中心激光照排部　承印：中国纺织出版社印刷厂　若有印刷质量问题请寄回发行部调换

Another 8 pages of shoe designs are provided for your reference, which are relevant to the search subject, details are as follow:

*Hong Kong Footwear, Vol.2.2002*

INDONESIAN PRODUCTION

S-1679A

S-1679B

S-1679C

S-1572A

S-1572B

S-1572C

S-1778A

S-1778B

S-1778C

S-1238A

S-1238B

CREST LIMITED

18/F., Eu Yan Sang Tower, No. 11-15 Chatham Road, Tsim Sha Tsui ,Kowloon, Hong Kong.
Tel: (852) 2311 0303 Fax: (852) 2316 7749
E-mail: footwear@crest.com.hk

Factory Address
PT. CREST
Pusat Textile Mangga Dua, Blok C3 No.26,
J1. Arteri Mangga Dua, Jakarta 14430, Indonesia.
Tel: 62-21-6249945
Fax: 62-21-6249948



S-1539A
S-1539B
S-1539C
M-611A
M-611B
M-611C
M-392A
M-392B
M-392C
S-1397A
S-1397B
S-1397C

CREST CREST LIMITED
18/F., Eu Yan Sang Tower, No. 11-15 Chatham Road, Tsim Sha Tsui ,Kowloon, Hong Kong.
Tel: (852) 2311 0303 Fax: (852) 2316 7749
E-mail: footwear@crest.com.hk

Factory Address
CREST LIMITED
Quanzhou Qi Nmeng Science And Technology Industrial Zone, Quanzhou, Fujian, China.
Tel: 86-595-2495015
E-mail: crest@pub2.qz.fj.cn

# Look No Further Than Us For All Kinds Of Sports Shoes And Casual Shoes

MP-3779
MP-3779B
MP-3792
MP-3804
MP-2554
MP-2552
MP-2556A
MP-2557
MP-2558A
MP-2912
MP-2579A
MP-2594A
MP-3602
MP-3808A
MP-2573
LP-14405
LP-13228C
LP-14403
LP-14402
CP-7033
CP-7035
LP-14406

**Pioneer Exports Limited**

Unit 1501-1502, 15/FL., Podium Plaza, No. 5 Hanoi Road, T.S.T. Kowloon, Hong Kong.
Tel: (852) 2366 3987 Fax: (852) 2366 3980
E-mail: info@pioneerhk.com

**SHING ON FOOTWEAR(HK) COMPANY LIMITED**
Unit 1318, 13/F., Austin Tower, 22-26A Austin Ave., Tsimshatsui, Hong Kong.
Tel: (0852) 2904 3799 Fax: (0852) 2904 3811 E-mail: shingon@hkstar.com
China Factory: CHENG AN (FU JIAN) SHOES CO., LTD Tel: 86-595-5197177 Fax: 86-595-5198177
MING LONG SHOES CO., LTD. Tel: 86-595-5180988 5195666 Fax: 86-595-5195988

# 鞋樣擬真系統TC-CAD

本公司為鞋業的專業資訊公司，從七十九年成立至今已先後設計出開發、級放、成本計算等鞋業相關軟體，本公司針對鞋型設計，再特別設計出一套鞋型設計貼圖的軟體(TC-CAD)，由電腦取代樣品開發與製作，形體、顏色、材質隨心所欲快速修改。本套軟體以CAD為設計基礎，可經由掃瞄器或數位相機將影像輸入至程式中，可使鞋圖在電腦上呈現出3D影像之效果，此外本程式亦可輸入多種材質及皮料，可在短時間之內產生一新的樣式。使得設計鞋型更加容易及方便。

由手稿輸入
立體化配色
大底互換
大底手描稿設計
由數位相機輸入
立體化配色與貼材質

臺中資訊股份有限公司
Taichung Footwear Computer Company

407 臺中市西屯區政和路175號 Tel:04-22581026 Fax:04-22581030
NO. 175, Cheng-huo Rd.,Taichung, Taiwan 407
廣東省東莞市厚街鎮八十米大道河田路段(厚街高速公路口)
Tel:0769-5590823 0769-5588486



Case 1:04-cv-12668-RGS Document 30-4 Filed 05/20/2005 Page 10 of 12

# 美國911暫挫運動鞋零售市場 復甦可持續

### 911事件挫傷零售成長

根據市調機構NPD Group的統計報告指出，受到美國911事件發生的影響，2001年的9月份美國消費者採購運動鞋的消費支出出現大幅度滑落的現象，使得2001年第三季度運動鞋的零售較2000年同期下降了1.5%，零售額為39億9,600萬美元，較2000年同期的40億5,600萬美元下滑許多。該數據顯示911直接嚴重波及美國民眾對運動鞋的消費意願，在9月份之前，1-8月份的運動鞋零售市場表現相當穩定，有7%的銷售成長率，但至9月底後1-9月份的運動鞋消費市場成長則降至5%的成長率，其零售額較2000年同期的108億1,600萬美元升至113億5,200萬美元，其中男運動鞋的零售額為62億6,900萬美元，較2000年同期的58億8,300萬美元成長6.6%；女運動鞋的零售額為32億2,200萬美元，較2000年同期的31億8,200萬美元成長1.2%；兒童運動鞋的零售額為18億6,300萬美元，較2000年同期的17億5,100萬



斐」的鞋款擦身而過！當然，身為Jordan Shoes Fans的小編也不禁暗自嘆息！

和NIKE創始者Bill Bowermen有著深厚友誼的Steven談起這位傳奇人物時，言談之中仍不免流露出對於這位一手建立起NIKE運動王國人物的懷念。Steven說道：Bill是一位相當誠實、爽朗幽默的人物，當他邀我一起到奧勒岡共度周末時，我不禁深深感到高興以及緊張。當Bill看到我隨身攜帶的素描草稿時，還相當風趣的要我把Smooth(NIKE著名勾勾標誌)畫的更大、更顯眼點！Steven談到這位由選手教練轉而成為一位偉大企業家時，相當認真的說到：Bill對於運動的熱情以及投入就是NIKE對於運動鞋設計的執著與重視！而當時與Bill合作的第一位代表選手Steve Drefontaine，他帶點桀驁不馴卻才華洋溢的個性就是NIKE後來所帶給消費者的品牌形象！由Bill以及Steve這兩位教練以及選手的搭檔及對運動用品的堅持，不僅讓NIKE幾乎成為運動品牌的代表，同時也讓我視進入NIKE鞋款設計團隊為最大的榮耀！

對於潮流界對NIKE部分鞋款的瘋狂收藏以及價格炒作，對同樣也相當熱愛鞋子的Steven而言，他認為這對於鞋款設計師而言，是個相當大的衝擊！對於自己所設計的鞋款被消費者當作藝術品收藏、甚至瘋

狂，不僅更加深了設計鞋款的使命感，對於NIKE這個他一直視為運動品牌領導者的認同感也是更加強烈。

在鞋款的設計發想上，Steven說：在這方面NIKE倒是給予設計師相當的空間。除了每一季固定的設計名單外，NIKE也相當支持設計師提出各種天馬行空的想法。說到這，Steven大方的拿出了自己隨身攜帶的素描本，裡面滿滿的都是鞋款草圖！一般來說，一雙鞋子從設計發想一直到成品完成大約需12到18個月，當中不僅需和技術部門協調，在外型以及功能性上也必須達成完美的協調；另外也要和行銷部門共同調查、訪問選手以及抽樣者的看法，歷經二到三年的時間才能完全確定鞋款的完整。此外

*Sneaker and its design*

图 3-1 计算机绘制的运动鞋效果图

4. 打样与穿着测试

打样是在设计的基础上，把设计思想表达为产品的一个复杂的过程。其过程为依据设计，制作样板、选料、下料、缝制、成型、装饰等。打样是设计师负责绘出设计图纸，标明尺寸、型号、色彩、结构，选用的大底、面料、缝线、胶黏剂、辅料等，工程人员根据这些图纸下样、缝制与制作，使设计的意图变为具体的运动鞋成品。成鞋样品完成后，送到检测部门进行一系列的测试，如撕裂强度、弯折性能、防水性能、耐磨耗性能、剥离强度、弹性、形体稳定性等测试。一旦发现样品无法完全通过上述测试要求，设计人员必需找出解决的办法，并做适当的调整、修改。通过后，进入下一个环节。

研发人员会把新款的样品鞋，交给各个不同运动水平的运动员试穿，试穿对象必须具有较为广泛的代表性。试穿样品鞋的运动员们可能来自于当地学校的校队，也可能是在假日才偶尔踢踢足球的一般民众、半职业化的运动员、职业运动员等，广泛征求各方意见之后，才能给这款样品鞋下一个较客观的评断。

一般情况下试穿需要 6～8 周左右的期间，所有免费试穿鞋的人，必须填写一份完整的问卷调查，详细阐明样品鞋的优缺点及相应改进的方向和方法。接下来，设计师及研究人员则要根据这些问卷调查结果，决定是否应进一步适度修改这一款运动鞋的设计。

5. 报价及下单生产

当所有的必要修改都已完成后，新的样品鞋还得重复前两项测试的步骤。当所有问题都解决了，则应开始进行报价工作，研发方可将样品鞋送到有配合关系的鞋厂，请这些鞋厂估算制作这款运动鞋的报价，鞋厂在估算价格时必须对以下几项主要因素了解：①原料的用料成本，包括鞋面、鞋底、辅助、功能材料等；②这些用料的来源，从材料供应商运送至鞋厂所花的运输成本多高；③完成一双运动鞋所需的零部件共有多少；④把所有零部件组合成完

**DATE OF COMPLETION OF SEARCH:** August 4, 2004

ISSN 1006-625X

9 771006 625009

# 中国皮革信息
CHINA LEATHER NEWS

主办：中国皮革工业信息中心
协办：四川亭江科技股份有限公司
编辑：中国皮革信息 编辑部

2003年1月28日 第3期 总第398期 国内总发行：北京报刊发行局 邮发代号：82-769
国内外公开发行 统一刊号：CN11-3668/TS 国际刊号：ISSN1006 625X 刊期：旬刊

皮 化工 皮革化工
浙江东化实业有限公司

新春快乐
万事吉祥
三羊开泰

## 奥康巨资为何挪向重庆

业内人士认为：王振滔此举意在“洗牌前突围”，寻求更大的发展空间。

## 《中国皮革》获殊荣

近日，从国家新闻出版总署传来喜讯，《中国皮革》杂志荣获第二届国家期刊奖提名奖，这是我国皮革行业乃至轻工行业期刊中获得的最高荣誉。

## 京城老字号手工鞋坊重振旗鼓

曾被门面困扰，差点没法再继续下去的京城手工老字号鞋坊重现江湖，在北京德胜门附近重操旧业。

# 山东省皮革研究所

# 科研成果通过专家鉴定

报道 山东省 值得 门把经 的两枚 工艺 及保 各位 他们的 厅主 室以 到会 对各 表示 研究 了充 中国 山东 革企 组认 的技 术资 评议 的技 先水

平。

“环保型皮革工艺研究”项目由山东省科技厅下达，省皮革工业研究所承担，鲁意白丝金皮革有限公司协作完成。该项目通过对原皮保存、脱毛等工艺的环保处理以及采用无铵脱灰、无铬鞣制工艺生产皮革，能够消除铬污染并大大减轻生产过程中的其它污染，工艺路线合理可行。产品经国家轻工业皮革毛皮制品质量监督检测中心检测，各项理化指标均达到Q/SDPG-001-2002标准要求。该项目的研究成功对实施皮革清洁化生产、应对国际贸易中的绿色技术壁垒、保持皮革工业的可持续发展意义深远。

“Super JR及保养工艺研究”科研项目由山东省经贸委批准立项。该项目在国内首次对皮革保养剂及各种类型皮革制品的保养工艺进行了系统研究，选用无毒无害易生物降解的清洗、加油、灭菌材料，经优化配比，研制出了集去污、滋润、防霉、上光等多种功能于一体的不成膜环保型皮革保养剂Super JR。该产品性能独特，适合于各类皮革制品的保养，能够保持和改善皮革的透气、透水汽等卫生性能，使皮革制品的日常养护变得简单易行。在保养工艺方面研制出了适合光面、毛革一体、绒面磨砂、效应革等各种皮革制品的深层去污、灭菌、加油等水洗法清洁工艺，克服了皮革经干洗后引发的发干发硬发脆问题，使皮革制品保养后保持原有的柔软、透气性和如新的光泽。该项目的研究成功为皮革制品保养行业的健康发展提供了科学、合理、切实可行的保养技术。

# 酸酯类皮革加脂剂合成研究”项目

# 通过专家鉴定

报道 宁市 技大 皮革 近通 和制 杰高 所总 油化 博士 员会 艺技 品填

为山 皮革 十多 发实

力，相继研究开发出了改性丙烯酸树脂皮革涂饰剂、交联水性聚氨酯树脂皮革涂饰剂、油性皮革助剂、水性皮革助剂、皮革加脂剂五大系列近三十多个规格品种。其中交联弹性水性聚氨酯树脂皮革涂饰剂被列入“山东省十大高新技术产品”，荣获山东省科技进步三等奖。该所承担“磷酸酯类皮革加脂剂合成研究”项目后，与陕西科技大学合作，创新性地采用自制无毒并且对皮革加脂有利的溶剂来分散$P_2O_5$，用缓释方法进行天然油脂的磷酸酯合成，克服了通常油脂磷酸化生产中$P_2O_5$采用粉状方式投料，因其易吸潮易结块，使反应物料脱水炭化影响反应进行的弊病。课题组人员研制的用于溶解$P_2O_5$的溶剂具有无毒且沸点高的特点，反应之后可作为加脂剂的有机组成部分，生产过程无三废排放，使$P_2O_5$磷酸化达到了环保要求，合成的磷酸酯加脂剂具有生物降解性，按照德国工业标准测试方法进行降解性检测对比达到92%，超过标准值。

本项目合成的磷酸酯皮革加脂剂目前已销往全国各地30多吨，经国内多家制革厂在皮革、裘皮上的生产应用，表现出优良的综合性能，可显著改善皮革、裘皮的油润、丝光和保湿性能，配位结合能力强，耐水性好，可满足高档防水革、耐水洗革的生产需求，替代同类进口产品。

济宁市化工研究所
皮革加脂剂合成研究项目
技术鉴定会

# 中荷国际合作项目 在河南顺利实施

**特约记者拜存星报道** 由中国外经贸部和荷兰政府批准的国际技术合作项目——在淮河流域加强中国乡镇制革行业污水治理技术，自1999年以来，在河南鞋城集团顺利实施。

地处淮河流域河南省鹿邑县玄武镇的河南鞋城集团，被国家经贸委等评为“中国乡镇企业行业规模最大经营规模第一名”，也是河南省皮革工业的龙头企业。2001年完成产值14.8亿元，出口创汇3320万美元。2002年头10个月，完成产值9.45亿元，出口创汇2093万美元。

荷兰政府投资200多万元人民币的该项目，中荷双方共同选定该集团为项目的示范单位。项目总体设计是：在示范企业进行清洁生产技术（ICCLT）加工沙发革生产试验，建立污水处理装置系统（UASB/SR技术），成功后按市场运作方式进行推广。

1999年初至2000年为项目的第一阶段……的实施评估、双方人员互访、举办研讨会和技术专项培训。2002年后，在示范企业建立示范污水处理新技术、新工艺，并实现综合利用，即用厌氧技术处理制革污水中产生的沼气进行发电。在项目设备安装、调试、正常运转达标后，举办国际研讨会，向国内外制革企业展示清洁生产技术，使我国的制革行业特别是乡镇制革行业实现可持续发展。

投资1500多万元建成的污水处理工程，形成了日处理废水5000吨的规模。国家环保总局局长谢振华一行在河南省副省长张洪华的陪同下，于2002年7月重点视察了污水处理厂和中荷项目示范工程。鞋城集团的污水处理工程，已顺利通过了国家环保部门验收。国际一流的设备安装于2002年7月完成，通过两个月的试运行状况良好，达到了预期的目的。我国外经贸部和荷兰驻华使馆对项目的进程和质量表示满意。

Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 3 of 12

# 奥康巨资为何掷向重庆?

## 业内人士认为:王振滔此举意在"洗牌前突围",寻求更大的发展空间

本刊上期曾报道,2003年1月9日,在地处巴渝大地的重庆市璧山县,中国鞋业巨头温州奥康集团与璧山县人民政府就投资建设中国西部鞋都工业园区合作项目正式签约。

根据协议内容,奥康集团将在璧山县璧青公路一带投资8个亿建设中国西部鞋都工业园区。其中一期工程计划用地800亩,投资3.5亿元。据预测,工业园区建成后可以引进100家制鞋企业,年产量超亿双。据此,有经济界人士认为,这将掀开中国鞋业发展史上东西合璧、联合发展的崭新一页。

那么,奥康巨资为何掷向重庆——

### 双方互伸橄榄枝

其实,奥康集团早在1994年就将产品打入了四川市场,截至目前已在四川省建立了100来个营销网点。据奥康集团的一位负责人介绍,"奥康"在四川市场上具有很高的知名度,去年在这里的销售额达5000多万元。

但由于网点的铺设范围过大,中间渠道周转过多,成本开始膨胀,其中最关键的是物流成本的增加。据业内人士估计,一个产值超亿元的大型制鞋企业,在普及连锁专卖的营销模式后,其物流成本起码上千万。

正是基于解决这个问题,奥康集团早就谋划着要在西部建立生产基地。去年5月,王振滔在接受重庆当地的记者采访时就透露:"我们是有意把成都或重庆作为奥康除温州外的第二个生产基地,现在只待时机了。"

随后璧山县政府就频频向奥康抛出"绣球",邀请王振滔前去璧山考察。同时璧山先后两次派代表来温州奥康参观考察,对双方的合作项目作进一步的磋商。他们的意图很明显,就是希望借助我国皮鞋业发达的东部著名企业的力量,来激活西部制鞋产业的发展。

璧山县委书记王国富在接受记者采访时说,奥康集团在璧山建设中国西部鞋都工业园区,可以有效地实现优势互补,对西部地区鞋业产业发展会起到极大的推动作用。

### 洗牌前的"突围"

近年来温州的鞋业发展迅猛,大大小小的制鞋企业就达7000多家,年产量达6亿多双,产值近300多亿元,出口交货值60多亿元,各项数据均居全国前列。

近两年,温州鞋业先后进行了几次"突围",以寻求更为广阔的发展空间。一些企业进行了跨行业经营与品牌延伸,投资其他行业,比如一知名鞋企在两年前就开始做起了服装;一些企业更是大张旗鼓地进行多品牌经营,如奥康集团就先后推出了大众休闲品牌"康龙"与高档时尚女鞋"美丽佳人"品牌;一些企业更是走出国门,与国外知名鞋业品牌合作,共享渠道资源,开拓国际市场。

但每年全国对于皮鞋的需求量相对有限,年产量50多亿双的皮鞋市场已经比较饱和。有关专家指出,今明两年,中国鞋业将进入相对的疲软期,制鞋企业将面临重组与洗牌。特别是在温州,众多中小型制鞋企业自去年年底进入生产淡季后,就早早地开始放假,这预示着2003年又将是鞋业界面临严峻考验的一年。某些企业老总还大胆预言,7000多家制鞋企业经过重组后,可能只会剩下2000来家。在这样的危机意识下,众多温州鞋企开始寻找出路。

在签约仪式上,奥康总裁王振滔说,奥康集团投资璧山,一方面是为了响应国家西部大开发的号召;另一方面是看中了当地的区位和产业优势,实现东部和西部联动发展,言外之意不言自明。

### 投资专家释疑奥康行为

那么奥康这次上演的东西合璧巨片会有高额收入吗?产业投资专家分析时说,奥康之所以能举8亿元巨资投资璧山,首先看中的是国家政策的扶持,此外,还看"不太发达的地区是因为地价等成本较低、劳动力资源丰富、初期投入少等优势,这也意味着未来潜在收益率提高。"

而奥康之所以投资于制鞋业,这与奥康素来致力于建立核心竞争力的战略是分不开的。此次投资项目,预计建成后可以引进100家制鞋企业。

业内有关人士指出,无论从哪个角度出发,奥康集团作为温州制鞋企业的代表,大胆踏出了投资西部的步伐,这对于东西部的联合经营,最终都能带来很大的启迪。 ■胡建胜

跟踪报道

温州鹿城区制革业

# 探索市场化之路 加强治污力度

**驻温州记者马静 夏志刚报道** 记者从日前召开的鹿城区制革协会三届二次会议上了解到,该协会近300家企业共同集资5300多万元,对原有的五座污水处理站全面扩建。目前已上马的二期扩建工程正在紧锣密鼓地进行中,预计今年5月起可陆续完工,10月份以前可全部投入正常运行,届时日处理污水能力将达48000吨。

鹿城区制革企业大多集中在双屿、仰义和上成等乡镇,为使行业有序发展,于1994年成立了制革协会。经过9年发展,现已有近300家会员企业,年产值已达10亿元以上。2000年协会积极协助政府和环保部门进行了污水治理工作,在前京、十里、洞桥、岩门、屿头五个制革区都建成了污水处理站,日处理污水近2万吨,污水处理已达国家二级接近一级排放标准。但随着这两年制革企业的增加及转鼓容量的扩增,原有的规模和设备已不堪重负,远远不能满足企业的生产及排污能力,严重制约了企业的发展。

"保护环境就是发展生产力"。2002年底为使排污问题不再困扰企业,鹿城区制革协会积极探索了一条市场化治污的新路子,并协会牵头,与无锡金元环保设备有限公司合作,引进日本、德国、美国等先进治污设备对原有设施进行扩建,同时还与对方签订技术协议,安排专业工程技术人员作统一技术维修等日常管理,确保污水处理达到国家一级排放标准。协会还将成立污水处理总公司,根据每只转鼓的容量,按每立方米1500元的标准收费,逐步完善市场化运营机制。

与此同时,区环保局和乡镇政府部门积极引导,加强监管,强化"谁污染、谁治理、不治理、不生产"的原则,在协会的组织下,成立了5个治污监督小组,对辖区内的企业进行监管,依法规范企业的治污行为,形成了环保与生产共同发展的良性循环。

# 《中国皮革》杂志荣获第二届国家期刊奖提名奖

**记者周大宇报道** 1月18日,从国家新闻出版总署传来喜讯——《中国皮革》杂志荣获第二届国家期刊奖提名奖,这对于创刊已有32年的《中国皮革》杂志来说,是一个莫大的喜讯。

本次期刊评选是国家新闻出版总署在全国范围内组织的第二届活动,是在"坚持导向,注重质量;严格标准,客观公正;滚动评比,优胜劣汰;突出重点,有所兼顾"的原则指导下进行的。本届评选共评出了国家期刊奖60种,国家期刊奖提名奖96种,百种重点期刊189种。《中国皮革》杂志在本次评选活动中获此殊荣,这是我国皮革行业乃至轻工行业的出版期刊中的最高荣誉获得者。《中国皮革》能够从全国近9000种公开发行的期刊中脱颖而出,这对于我国皮革行业来说,也应该深受鼓舞。

近日,记者从《中国皮革》杂志总编室了解到,为更好地服务于行业,该刊物在今年已做了一些调整:技术刊不但新增加了"业界动态"和"潮流·趋势"栏目,还将在年内陆续与日本冈村浩皮革专家、英国BLC、《world leather》杂志等开展合作,将国外的技术、理念奉献给读者;市场刊与Foto Shoe集团深入合作,将欧洲、美国、俄罗斯等市场潮流第一时间展示给读者,同时调整栏目、增加页码,并在技术、经营等方面进一步提高质量。

诚 聘

皮革涂饰技术人员

**华荣皮革化工销售中心**地处河北无极,具有多年皮化销售经验,因业务发展需要,现**招聘皮革涂饰技师:**

◇皮革专科毕业;
◇具有丰富的涂饰实践经验
◇良好的语言表达能力
◇责任感强、工作勤奋

本中心提供优厚的待遇

有意者请与电话:0311 5590120
传真:0311 5596915 联系

四川大学皮革工程系

我系今年招收《皮革毛皮工艺》(专科)、《革制品设计与管理》(专科)、《轻化工程》(皮革工程方向专升本)学生。3月中旬报名(四川省外人员可来函由我系代报名),5月份在成都参加全国成人专科或成人专升本高考。

来校报名参加成人高考者须备(1)、身份证复印件;(2)1寸黑白照片6张;(3)报名费150元;(4)专升本应提供国家承认学历的大专毕业文凭。

专统考科目:语文、数学、英语

专升本统统考科目:英语、政治、高等数学;学校考试科目:皮革工艺学。

在四川省招办统一划定的录取分数线上由四川大学录取,学习期满成绩合格者颁发由国家教育部承认的四川大学文凭。

我系还接纳随专科、本科进修人员,要求高中毕业或同等学历,不进行入学考试,学习年限自定,学习期满成绩合格发给学业证明。

联系地址:成都四川大学皮革工程系
邮政编码:610065 电话:028-85461102
传真:028-85405237 联系人:杨淑娟 兰先琼

温州市康泰皮革化工有限公司

(德国ROTTA/HEIM中国总代理)

德国ROTTA/HEIM(诺特海姆)公司致力于皮革涂饰产品的研发和生产已有80余年的历史,在业内享誉盛名,其产品现由温州康泰皮革化工有限公司在全国总经销,因业务发展迅猛,我们力邀您的加盟。

**我们期望您:**

★大专以上学历,有三年以上工厂工作经验,尤善涂饰工艺
★熟悉皮革英语,能进行简单交流
★能经常出差
★愿和我们共同发展,进步

**我们承诺您:**

★广阔的个人发展空间
★良好的福利,优厚的待遇

请将您的个人资料寄往:
温州市康泰皮革化工有限公司 地址:浙江省温州市瞿溪镇埭东北路22号
联系人:吴斌 电话:86-577-86268418 86266337 传真:86-577-86265418
或E-mail至:Kangtai21@mail.wzptt.zj.cn



Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 4 of 12

# 温州鞋企面临崭新挑战 服装品牌进军鞋类市场

**记者秦楠报道** 今冬温州的鞋类产品市场可谓混乱，从春季的单鞋开始，企业效益就一直在不断地下滑，不论大企业、小企业、知名品牌、普通品牌，似乎都陷入了一个恶性循环的怪圈之中。然而，就在这种情况下，许多温州知名服装品牌纷纷向皮鞋行业进军，并展示出了相当强劲的发展势头。庄吉鞋业、法派鞋业、好日子女鞋、报喜鸟的亨利格兰这些服装品牌在鞋业界的生命力究竟有多强？这些品牌又是如何在整个鞋业萧条的时期创出自己的品牌？温州知名的鞋企又是如何看待这种现象的？是机遇，是挑战？近日，记者带着这一系列的问题采访了一些相关企业。

## 服装企业：

**■为了优化配置有限的资源，企业开始寻找新的经济增长点，而与服装产品有着共同的目标市场和相似的经营模式的鞋类产品自然就成了他们的首选**

**■目前温州鞋类产品的营销、市场网络的确已经相当完善，但从市场定位上来看，却大多集中在200～300元之间的中档市场，400元以上的中高档、高档市场对于国产皮鞋来说可以说还是一个空白，而服装企业在进行品牌延伸和拓展时，抓住的就是这部分市场……**

接受采访的服装企业普遍表示，服装企业将自己的品牌向鞋业界延伸，是企业自身要做大、做强的需要。只生产单一的产品总会使市场进入饱和期，出现零界点，而要超越零界点，做得更好就意味着更大的投入。为了优化配置有限的资源，企业开始寻找新的经济增长点，而与服装产品有着共同的目标市场和相似的经营模式的鞋类产品自然就成了他们的首选。因此，大家都不约而同地瞄准了鞋业市场这块肥肉。

也许有些人会认为，目前温州的制鞋业已经发展到了相当的规模，营销网络遍布全国，似乎国内鞋类产品的市场潜力已经开发到了尽头，初涉鞋业的服装品牌能够占领多大的市场呢？对于这个问题，几位服装企业的负责人认为，目前温州鞋类产品的营销、市场网络的确已经相当完善，但从市场定位上来看，却大多集中在200～300元之间的中档市场，400元以上的中高档、高档市场对于国产皮鞋来说可以说还是一个空白，而服装企业在进行品牌延伸和拓展时，抓住的就是这部分市场，从而避免与一些老牌鞋企的正面交锋，使自己的品牌效应等方面的优势得到充分地发挥。

那么，在进行自己品牌、市场定位之后，这些企业又是如何对自己的品牌进行延伸的呢？记者在采访过程中发现，这些企业在拓展自己品牌的过程中有许多共同之处：

**1. 准确定位市场，实施从高到低的品牌推广方式**

这些服装企业的营销策略与一些知名鞋企有着相当大的差别。温州的鞋企在拓展市场时往往采用从下向上的推广方式，力争将自己的营销网络做的很细，让自己的销售终端遍及全国。我们可以看到，在一些县级城市里都有这些品牌的专卖店，这样的确有利于品牌形象的打造和营销网络的迅速建立，但同时，也造成了品牌定位的混乱。针对这种状况，服装企业在拓展自己鞋类产品的营销网络的时候，严格按照自己的市场定位，从大中城市入手进行专卖店的设置和开办，并严格控制专卖店的数量，以确保品牌在消费者心目中的定位和良好形象。

**2. 利用品牌优势，降低产品成本**

鞋类作为与服装相关性很强的产品，它们之间相当讲究搭配的合理与得体。因此，这些品牌一般将自己的服装产品与鞋类产品进行统一的宣传和营销策划，并进行相关联的销售，以求利用服装品牌的知名度和美誉度来影响鞋类品牌。这种用同一品牌老产品带动新产品的做法可更有效地降低产品的广告、宣传和促销费用，使产品整体的生产成本降低。

**3. 实行以销定产策略，严格控制生产规模**

今年温州的鞋类产品严重滞销的原因之一就是产量过大，供过于求。这就成了这些服装企业的前车之鉴。这些企业的负责人告诉记者，在品牌拓展过程中，盲目地扩大生产规模，希望以量取胜这是绝对不可取的做法，特别是在市场形势总体不容乐观的今天，冒进无异于自寻死路。因此，品牌的拓展和营销网络的建立必须一步一个脚印地前进，等到产品的销量达到一定程度，销售网络也已基本拓展开来后，再扩大生产规模。

**4. 实行人才战略，大量招收高能人才**

这些服装企业在建立鞋类相关行业的企业后，为了迎合自己的产品定位，不惜重金从国外请来款式设计、生产、管理、营销人员，并委以重任，这从很大程度上决定了企业未来的发展方向。随着社会的进步和市场的发展，拥有高素质、高技术的相关人员的企业将成为市场的主人。

由此可见，这些服装企业在进行品牌的拓展和延伸时，采取的是与鞋企完全不同的战略和市场定位，相信这样的操作一定能让这些品牌在进军鞋业市场时大有作为。谈到企业将来的发展形势，几位负责人都表示，随着人民生活水平的提高，市场结构也发生了变化，以往300元左右的产品已经不能满足消费者的需求，但千元以上的产品距目前消费者的购买能力还有相当的差距，因此越来越多的消费者开始向中高档产品这一档次靠拢，而生产这一档次产品的企业还不是很多，因此企业的前景是相当看好的。并且，他们还指出，目前自己企业的主要产品主要是集中在300～500元之间，而随着消费者购买力的增长，产品的结构也将作出相应的调整。总之，以销定产将是这些企业的经营主旨。

## 温州鞋企：

**■在市场竞争越来越激烈的今天，来自各个方面的压力时刻都在提醒着企业一定要力求创新；企业的经营管理稍有不慎就有可能被“清洗”出局**

**■目前服装品牌的鞋类产品的市场定位与制鞋企业的产品定位有一定的差别，只有很少部分的市场有重叠现象，这样就不会给目前已经处于低谷的鞋企带来过大的压力。也许随着市场的发展和完善，这些新兴的品牌会和这些老牌的鞋业发生冲突，但那时这些老牌的企业也已经通过内部的调整发展到了新的高度，足以应对来自各方面的压力**

那么，服装品牌向鞋业界的延伸又给原本已经处于低潮期的温州鞋业界带来了什么呢？温州的各大鞋企又是如何看待这种现象的呢？记者在采访中得知，目前鞋业界的主要企业都感到了来自这些“后起之秀”的压力，但同时，更多的鞋类企业经营管理的新方法、新创意也被带进了整个鞋业界。

在采访过程中，许多制鞋企业的负责人告诉记者，在市场竞争越来越激烈的今天，来自各个方面的压力时刻都在提醒着企业一定要力求创新，特别是去年开春以来，温州鞋类产品的销售形势一直不是很好，进入冬季后，这种现象变得更加突出，大量产品积压，企业处于停产和半停产状态。在这种情况下，企业的经营管理稍有不慎就有可能被“清洗”出局。而这些服装品牌的加入，将使中高档产品的竞争更加激烈。

不过这些企业的负责人认为，目前服装品牌的鞋类产品的市场定位与制鞋企业的产品定位有一定的差别，只有很少部分的市场有重叠现象，这样就不会给目前已经处于低谷的鞋企带来过大的压力。也许随着市场的发展和完善，这些新兴的品牌会和这些老牌的鞋业发生冲突，但那时这些老牌的企业也已经通过内部的调整发展到了新的高度，足以应对来自各方面的压力。

那么，现今的制鞋企业应该在哪些方面加强自身的建设，来应对来自那些新生力量的挑战呢？目前大部分的知名鞋企都已经意识到了自己处境的危险，并看到了那些新生力量的优势，准备从以下几个方面入手，来进一步完善自我。

**1. 重新定位市场，将产品细分，做到“小而专”**

现阶段有不少的制鞋企业市场定位混乱，产品细分不明晰，这就造成了企业生产经营的盲目性。随着市场的进一步发展，社会分工也进一步细化，这一大的发展趋势也将影响到整个温州的制鞋行业。相比服装企业对鞋类产品的分析和定位，制鞋企业必须将自己的产品进一步细化并进行重新定位。

**2. 改善现有的产销策略，稳扎稳打**

是“以产定销”还是应该“以销定产”，这个话题已经在制鞋业中反复讨论了多次，但还是有不少的企业不顾自己的销售能力，盲目地扩大生产规模，单纯地希望以量取胜，结果引来大量的库存和积压。在温州鞋业界面临再次“洗牌”的时候，这些企业能否有所顿悟呢？

**3. 改变企业管理、技术人员的知识结构**

相对于那些新生的鞋类品牌，一些老牌的鞋企的管理、设计人员还存在着知识水平不高、综合素质偏低的状况，也许在不久的将来，新兴的品牌将依靠先进的管理、新潮的设计迅速占领大片的市场，我们的制鞋企业应该感到危机了吧。

在今冬温州鞋业遭遇重创时，有人曾预言，国内鞋类产品的市场已经被开发得差不多了，而这些知名服装品牌向鞋业界的挺进则充分说明了我国国内的鞋类产品市场还有着相当大的潜力，为什么我们的制鞋企业却没有发现呢？也许从这批新生力量的身上，我们的鞋企还有很多东西要去学习。我们也祝愿，这些新生的品牌能够在鞋业界的这个大舞台上展现出自己的风采，我们的老牌鞋企更能重振昔日雄风！

**哈尔滨航新喷雾器厂**

本公司为私营企业，拥有十七年皮革机械的开发经验，现定型批量生产一、二型电脑控制喷浆机用的自动喷雾枪。自动喷雾枪口径分别为Φ0.8、Φ1.0、Φ1.2、Φ1.5，其性能与德国A7型、意大利仿A7型喷雾枪相同，但其价格仅是它的1/3。其中一型枪可与德国A7型、意大利仿A7型枪零部件互配，二型枪与德国A11型枪性能相同。

自动喷雾枪特性：雾化均匀、雾化扇面可调，可满足不同革面的浆液要求，性能稳定，使用寿命长、安装方便。可与各种型号的进口和国产皮革喷浆机配套使用，是我国自行研制、可替代进口喷雾枪的产品。

产品畅销全国包括台湾地区在内的12个省、市、自治区。如有特殊要求请来函说明，欢迎选购。

免费终生保修、欢迎索取资料。

业务地址：哈尔滨市南岗区一曼街2号省军区二干一号楼6301号
电话：0451－2551216 手机：13654603251 邮编：150001 联系人：寇英杰

**天津南华皮革化工有限公司**

●诚聘皮革化工材料应用推广技术人员

条件：年龄25岁～50岁之间的男性，从事制革工作五年以上。对制革工艺全过程熟悉；能独立地操作，对皮革化工材料应用有一定的经验。有敬业精神，能长期出差，不怕吃苦，希望加盟我公司，待遇条件面议。

地址：天津市东丽区程林庄工业区 邮编：300163 联系人：付根兴
传真：022－24370772 电话：022－24370771

Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 5 of 12

# 岁末年初:双星喜讯频传

## 2002年市场信得过鞋帽商品

日前,由中国百货商业协会主办,重庆市百货集团承办的第90届中国鞋帽商品交易会,在重庆市技术展览中心落幕。会议期间,在中国百货商业协会和中国质量管理协会的具体指导和监督下,经企业申报,有关专家及业内人士对参展商品按评定审核程序,进行抽样调查、考查暗访,最终评选出7家企业荣获"2002年市场信得过鞋帽商品"荣誉证书,有8家企业获得"2002年市场信得过鞋帽商品"的提名表彰奖。双星获得"2002年市场信得过鞋帽商品"荣誉,并名列七家企业之首。

## 山东省消费者满意单位

1月8日,山东省消费者协会在山东省会议中心召开了山东省第四届消费者满意单位表彰大会。双星集团被授予"山东省第四届消费者满意单位"荣誉称号。这是双星集团从1999年至2002年连续四届获此殊荣。

## 青岛市物流样板企业

最近,双星集团被青岛市经济委员会确定为"青岛市物流样板企业"。

近年来,双星集团加强对现代物流的实践探索,加强现代物流人才培养,积极采取先进的物流组织方式和管理技术,不断完善仓储、营运、中转、分拨、运输报关仓储、物流软件服务系统,提高现代物流管理水平,初步建立起专业化、社会化、现代化的物流网络框架,为优化资源配置,提高企业经济运行质量做出了积极贡献。

## 双星广告进军2003年CCTV春节晚会

双星集团为给双星经销商在竞争中提供最好、最大的广告支持,提升双星品牌价值、展示企业实力,经过缜密筹划、细致分析后,决定在中央电视台做春节晚会套装广告,在1-4套同时播放双星"贺岁篇"15秒广告。广告用二维卡通动画的形式制作,并采用了2003年双星邮政贺年卡上的卡通人物形象,突出双星鞋和双星轮胎,将产品广告与企业形象广告相结合。画面喜气洋洋,新颖独特。广告语为:双星送福;穿上双星鞋,潇洒走世界;双星轮胎,奔向世界;双星祝全国人民新春快乐,好事成双。 ■王开良　张艾丽

# 河南 企业老总要"持证上岗"

**特约记者拜存星报道**　最近,河南省委组织部、省经贸委等决定,从2004年起,就任企业经营管理人员须持河南省工商管理职业资格证书方可任职。

工商管理职业资格证书制度,是指按照国家制定的企业经营管理人员培训目标,通过政府认定的培训、考核机构,对企业经营管理人员进行科学规范的培训并对其管理水平进行客观公正的评价,对合格者授予职业资格证书。

河南省决定,此制度将有计划分步骤实施。首先在国有企业及国有控股企业的公司级经营管理人员中进行,今后根据形势发展逐步扩大实施范围。

# 与时俱进　创造一流制革企业

## ——福建晋江金时皮革有限公司将建新工业区

晋江是中国的运动鞋和世界运动鞋的主要生产基地,近几年随着运动鞋业的发展,晋江的制革企业也得到了空前的发展,出现了兴业、峰安、源泰、金时、华联、国峰等一大批生产企业,从事牛头层、二层贴膜、反绒等皮革的加工生产,不仅服务于本地运动鞋、皮鞋、箱包等生产企业,还远销上海、广州、温州等地,有的甚至还出口国外。

福建晋江金时皮革有限公司是一家以生产PU牛二层贴膜革、湿发PU发泡贴膜革为主的皮革生产企业。该公司采用的是台湾高铁的先进设备,目前年产量已达到1000万尺,主要用于运动鞋类、箱包等生产企业,是晋江市年纳税百万的大户之一。

晋江金时皮革公司从众多本地制革企业中脱颖而出,走出了一条独具自身企业发展的新路子。多年来,该公司从产品品质入手,加强企业生产管理,严格进行质量把关,运用TQA-2000管理制度,层层落实,使产品质量得到了保证,在客户中得到了好评。该公司在上海、广州东莞成立了公司、工厂,形成供销一条龙服务,并依托宠大的市场和优质的售后服务不断发展壮大。

2002年12月28日,金时皮革公司举行了新的工业区奠基仪式,标志着该公司又迈出了可喜的一步。该工业区总占地78亩,2003年初即动工,主要用于生产蓝皮,届时将从国外引进有实力的技术人才,按国际制革业的生产标准进行规范化的生产管理。"用金时人的理念,打造金时皮革、与时俱进,创造一流制革生产企业",这就是金时人的目标。 ■钱振中

# 30万河南企业 网上做生意

**特约记者拜存星报道**　在焦作市桑坡这个河南最大的皮毛加工专业村,网络已成为经济生活中不可缺少的部分,外商不断地从互联网上向桑坡村发出皮毛加工订单。像桑坡皮毛企业在互联网上安营扎寨,奔上信息高速公路的各类企业,全省目前已超过30万家。

据悉,河南目前已开通河南信息港和商都信息港等19个大型信息平台和112个县级信息港,完成了电子商务安全认证体系建设。全省电子商务平台已经建成,有1万多个拥有独立域名的企业站点。继开启"万家企业上网"计划后,河南多媒体信息局又整合网络资源,推出河南企业上网点"21世纪企业园区"网站,免费提供企业上网模板,使20多万家企业在网站安家落户。

泰　格
=
意大利优质制革机械
+
完善的售后服务

**泰格实业(上海)有限公司**是一家意大利皮革机械及鞋材集团在中国创办的为中国皮革市场服务的专业性公司,公司以有竞争力的价格、灵活的结算形式、长期完善的售后服务和快速仓储性的零配件供应,向中国皮革生产企业提供意大利高档精密制革流水线及单机。根据中国国内制鞋档次的提高而对成品皮革质量要求的提高,推荐以下流行于意大利的:

**供意大利制革机械流水线和单台机器**

- 去肉机
- 片皮机
- 削匀机
- 液压通过式挤水伸展机
- 真空干燥机
- 振荡拉软机
- 旋转式绷板干燥机
- 磨革机　抛光机
- 喷涂机　辊涂机
- 通过式熨平压花机
- 八角型摔软转鼓
- 平板熨平压花机
- 自动打孔机
- 量革机
- 实验转鼓
- 梳理机
- 干磨革机(毛革用)
- 通过式羊毛回湿熨平机
- 剪毛机
- 伸展、柔软、磨革机(毛革用)

**供品质卓越的意大利制革机械零配件**

- 片皮机带刀、砂轮
- 削匀机螺旋刀、砂轮
- 挤水机及挤水伸展机毛毡套
- 真空干燥机丝网、真空泵
- 振荡拉软机加强型输送带
- 压花机毛毡、橡胶垫、上万种意大利流行压花板
- 喷涂机自动喷枪、隔膜颜料泵、电磁阀、单丝
- 抛光机带沟毛毡辊、玛瑙辊
- 辊涂机抗油、抗有机溶剂输送带、低噪音、大排量隔膜泵,辊涂机各种印花辊
- 量革机热敏打印纸
- 液压泵、液压马达、液压阀、密封元件、电气元件、三角皮带、非标零件

公司办公地址:上海市天山路600弄2号捷运大厦24AB　邮编:200051　E-mail: inf@taige.com
电话:021-62299753/62299759/62748380/62747175　传真:021-62629814
温州办事处:浙江省温州市将军桥勤奋小区1幢109室　邮编:325000　电话:0577-88521134,88723439　传真:0577-88536632
广州办事处:广州市芳村区东滘街南村复房574房　邮编:510375　电话:020-81401327　传真:020-81405445
成都办事处:成都市武侯大道铁佛段258号附2-3　邮编:610043　电话:028-85020569　传真:028-85014253

Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 6 of 12

## 温岭鞋业外贸火爆

**记者姜楠报道** 浙江省温岭市作为"中国鞋都"温州的相邻城市，其制鞋业的发展也非常迅速，特别是在近两年，温岭市的制鞋业更是有了相当大的飞跃。记者在温岭采访时看到，多如繁星的小鞋企遍布在几个主要的工业区里，这些企业的产品和市场定位与温州不同，低档、价廉的优势让它们获取到了不少的国外定单。它们以生产低档注塑鞋为主，面料主要是混法PU合成革，产品成本大多在十元以下，产品主要销往美国、中东等地，近期生产情况相当不错，似乎丝毫没有受到温州冬季鞋滞销的影响。

一些企业的负责人告诉记者，由于温岭的制鞋企业定位较低，并主要以生产低档外销鞋为主，因此去年的产值并没有受到影响，相反还略有上升。预计今年的形势将会更加喜人。当记者问及今年温州的制鞋业将有大量作内销的企业转向外销鞋的生产，是否会对温岭的企业有所冲击时，这些负责人一致认为，温岭的鞋类市场在外贸方面也许会受到一定的影响，但由于本地鞋业的产业链已经发展得比较健全，同时对各种低档鞋的开发也已形成规模，价格方面与温州相比更是有明显的优势，因此这种负面的影响将不会很大，温岭的外贸鞋业还将继续保持强劲的发展势头。

# 形式短、平、快 为企育人才

## ——温州民办鞋类设计学校初探

**记者姜楠报道** 提起我国现阶段鞋类设计人才的培养，人们往往会想到一些大中专院校或一些鞋样设计室的老师傅带徒弟，然而，在温州，一种民办的鞋类设计学校正在悄然兴起，它综合了大中专院校和鞋样设计室的优点，针对企业，培养了大量的鞋类产品设计人才。这类学校的特点可以用短、平、快这三个字来形容。

**短**

这些学校的特点之一就是课程安排短小精悍，人员数量少，所需费用较少。这既达到了将一些鞋类产品设计的理论系统地讲授给学员的目的，更增加了授课老师对每个学员单独指导的机会。同时，较少的培养费用，集中的课程安排也给了一些外地学员时间上的优势，使之能够迅速地掌握一门知识和技能，这是其他培养方式所不具备的。

**平**

这些民办学校的办学初衷就是使学员快速地掌握实践技能，因此，它将大中专院校较强的理论知识与师傅带徒弟的较强的实践性紧密而系统地结合起来，避免了理论脱离实际或实践无理论基础的情况发生。可以说是在理论与实践之间、大中专院校与师傅带徒弟的教学方式之间找到了一个平衡点。

**快**

学员出格快、进入企业适应快、理论向实践转化快是这种学校的又一特点。由于学校采取理论与实践相结合的做法，使学员在短时间内迅速掌握鞋类设计技法的同时，更能较快地适应当代制鞋企业中高自动化的生产，从而达到学校所学理论向生产实践的迅速转化，这样的教学周期和教学效果是目前我国几种制鞋人才培养方式中首屈一指的。

由于这种民办的鞋类设计学校能够较好地针对企业的需求迅速地培养人才，使得目前温州制鞋企业对这类人才的需求一直在增长。尽管在这些学校的发展过程中还存在着这样那样的缺点与不足，但我们相信，这些民办学校一定能够在进一步完善自我的同时获得更大的发展。

# 发挥资源优势 构建信息网络

## ——四川大学温州校友会成立

**记者姜楠报道** 谈起四川大学的制革及其相关专业，业内可谓无人不知，无人不晓。强大的师资力量、完备的实验设施、严谨的教学方式，四川大学不断地向全国各地输送着高素质的人才。有"中国鞋都"之称的温州更是成了四川大学制革专业毕业生的主要集中地。近日，随着四川大学温州校友会的成立，川大的各届毕业生终于有了联系的纽带和合作的平台。

四川大学在温州共有各届毕业生100余人，其中皮革专业毕业生有近60人，主要集中在瞿溪、仰义、洞桥一带的制革企业或化料公司里，从事技术及营销管理工作。出席校友会成立大会的四川大学校长李志强告诉记者，组建这个校友会的目的就是为了在温州本地发扬"开拓、创新、团结、奉献"的精神，团结广大校友，加强联系，互相支持，推动人才资源市场化，从而实现资源共享，促进科技成果的转化。这次校友会的发起人之一，川大的但为华教授对记者说，四川大学的皮革专业历史悠久，师资力量雄厚，各届毕业生现都已在企业中担任重要职务，校友会的成立，将更有利于川大发挥集体优势，在增进校企关系、信息的互通有无、提升整体形象等方面都将有一个整体的飞跃。

记者在校友会成立大会现场看到，各届校友济济一堂，气氛友好而热烈。他们说，来温州工作这许多年，这是第一次找回了在学校时的感觉。相信这次校友会的成立，将会在很大程度上推动整个温州皮革行业的发展，使温州的皮革业走向新的辉煌。

浙江尤尼特贸易有限公司

已通过ISO9001:2000质量体系认证

正宗 阿根廷UNITAN公司坚木栲胶、栗木栲胶系列
阿根廷PELLITAL公司脱毛剂、脱脂剂、复鞣剂
软化酶、防霉杀菌剂、染料、油脂 系列产品

●阿根廷UNITAN集团公司
☆各种坚木栲胶系列产品
UNITAN-ATO UNITAN-ATD
UNITAN-ATG UNITAN-ECO
UNITAN-ATS
LIGHTAN-(MAIMOSA适用于羊皮、猪皮、纳帕革)。UNITONE(有黑色、红色、桔黄色、棕色、浅棕色，使用后可节省40%的染料)
UNIQUE-TL(浅白色，适用于各种皮的浅色革)
☆栗木栲胶系列产品
UNIQUE-CHA(收敛型)
UNIQUE-CHD(糖化型)
☆植物助剂
UNIQUE-JR

●阿根廷PELLITAL集团公司
☆脱毛、脱灰、浸水、杀菌系列产品(从盐湿皮到蓝湿皮，只需48小时，能使各种皮面幅增大8%)。
BAC DT-200防腐杀菌剂
PARADENE-2A回湿剂
REVERZYM-GD浸水助剂
THIOLIME-HS有机脱毛剂
THIOLIME-DN有机脱毛剂
CROMOSOFT-R酶软素(酸性酶)
ISOGRAS-OVN高效脱脂剂
ISOGRAS-BLX高效脱脂剂
DECAL-4L脱灰剂
ISOKAL-ECOIII脱灰剂
NEOZYM-3P软化酶
OPALOIL-QS预加脂剂
FISOCROM-AG50鳌合剂(铬合剂)
ISOPLEN-OTB提碱剂
LUBRICEL-DL防绞剂
DIO-F36防霉剂
☆复鞣剂系列
ALIPAL-PR复鞣、中和与分散剂
ALIPAL-R6合成树脂丹宁
ALIPAL-R7合成树脂填料
AMINOPAL-LS粒面紧实皮革的复鞣剂
AMINOPAL-FP醛类复鞣剂
AMINOPAL-SMA苯乙烯-马莱酸酐
ALIPAL-2P磺酸化合成复鞣剂
ALIPAL-OS合成复鞣剂
☆各种磺酸化、磷酸脂、卵磷脂系列产品
CARBASOL-CCH(阴离子)磺酸化合成油
ALKANOL-KZ(阴离子)磷酸脂合成油
ALKANOL-ML(阴离子)合成油
ESTEROL-100(阴离子)羊毛脂类油
ESTEROL-EL(阴离子)卵磷脂类油
ALFONIL-TOP阳离子油
AROPAL AF-15染色固色增艳剂
LEXOIL-INC生牛蹄油
CYCLOPOL-NV合成加脂剂
☆各种非偶氮染料系列(请联系要色卡)

中国总代理——浙江尤尼特贸易有限公司

经销部地址:温州市洞桥制革路97号 公司地址:温州市三溪仙庄工业区 电话:0577-86115068/86117298 传真:0577-86118468/88913598
热线电话:0577-88791968 联系人:孙先生、黄先生、鲁小姐 E-MAIL:atl@mail.wzptt.zj.cn henryh@mail.wzptt.zj.cn

中国分代理:

尤尼特公司驻广东办事处
地址:广东省南海市罗村镇皮革市场39号
联系人:陈先生 电话:0757-6446231
E-mail: ato2000@163.net

河北无极东南丰皮革化工公司
地址:无极市贾无路东南丰村南头路东
联系人:刘春生 手机:13930105775
电话:0311-5590034
传真:0311-5595966

上海市尤尼特公司办事处
地址:上海虹口区四川北路961弄82号
联系人:马先生 手机:13501959647
电话:021-63934201
E-mail: nangyang@mail.wzptt.zj.cn

河南利宝染化有限公司
地址:郑州市107国道南方建陶城内北六号
联系人:李小姐 手机:13803842799
电话:0371-6510182 传真:0371-6518158
E-mail: Lbrh@163.net

平阳县广泰制革原料有限公司
地址:平阳县水头镇金顺路11—1号
联系人:周先生
手机:13906666122
电话:0577-63858810

山东国盛实业有限公司
地 址:山东省青州市玲珑山南路(平安保险南邻)
联系人:于先生 手机:13601617427
电 话:0536-3277140

福建省晋江市金丰轻工贸易有限公司
地址:晋江市青阳交通服务中心201室
联系人:陈先生 手机:13805957535
电话:0595-5667807
传真:0595-5661768

徐州市德丰贸易有限公司
地址:徐州市中山北路久隆花园12A-01B
联系人:王先生 手机:13905209030
电话:0516-5580027

河北辛集裕泰皮革化工有限公司
地址:辛集市西华路北段25号
联系人:张先生 手机:13903390134
电话:0311-3231408
E-mail: yutai@public.xj.hb.cn

广西茂兴皮革有限责任公司
地址:宾阳县新桥镇经济技术开发区新桥镇皮张市场182号
联系人:吕先生 电话:0771-8481096
传真:0771-8481221

诚征四川省、安徽省、湖南省、湖北省、山东省、广西省优秀分代理

Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 7 of 12

# 京城老字号手工鞋坊重振旗鼓

**记者曹慧报道** 曾被门面困扰，差点没法再继续下去的京城手工老字号鞋坊（相关报道见《中外鞋业》2001年第11期；《中国皮革信息》2002年第14期，总第373期）再次重出江湖，在北京德胜门附近重操旧业。近日，手工鞋坊的老板范先生致电记者，转达这一喜讯。

记者在德胜门附近看到了这家新开业的手工鞋坊。还是原班人马，保留原来的鞋坊风格，老师傅直接现场制作，真皮真料真工艺，并正式更名为"连升阁手工鞋坊"。谈到目前鞋坊的生存状况，范先生喜在眉梢，开业才一个多月，可手上的活已经接到了春节以后，除了原有的老主顾，又增加了不少新顾客。"因为声誉一直在，所以不少的消费者都是慕名而来。好品质的手工鞋关键靠的是手艺。我们这里有国内最好的手工鞋匠，他们都有着多年的做鞋经验。有些顾客一做就是三四双，因为是根据个体差异、不同的脚型量身定做的，穿着舒适，所以一般人穿了我们这里做的手工鞋就不愿意再穿别的品牌鞋了。"

范先生认为，与国外高档的手工鞋相比，国内的手工鞋在品牌创立和原料材质上都还有待提高。下一步，除了对现有的鞋坊规模进行档次上的提升，还将在西单开连锁店，打造出国内手工鞋的精品。

# 超细纤维合成革登陆温州市场

**记者姜楠报道** 传统的聚氨酯合成革自问世以来，凭着其丰富多样的花色品种、较高的材料利用率、较天然皮革强的耐水、耐油性，赢得了大片的市场，成为鞋类产品的主要面料之一；但丰满度、柔软度、透气性、透水汽性也一直是其致命的弱点。然而，记者近日在温州鞋料市场看到，由烟台万华合成革集团研制的超细纤维合成革以其优异的性能迅速赢得了业内人士的关注。

聚氨酯束状超细纤维合成革采用与天然皮革中束状胶原纤维结构和性能相似的束状超细纤维，加工络合成具有三维网络结构的高密度无纺布，填充以优质并具有微孔结构的聚氨酯，经特殊加工制成酷似天然皮革的高档质量仿真人工皮革。这种产品几乎具有天然皮革的一切特性和优点，并在机械强度、耐化学性能、吸排湿性、质量均一性、保型性等方面更优于天然皮革；在丰满度、柔软度、剥离力、耐久性、造面等方面的性能均优于普通PU合成革。这种高科技产品目前只有日本和我国两个国家拥有。

由于超细纤维合成革的性能优异，因此在国外的市场占有率相当高，许多高档运动鞋的生产制造厂商都将其作为面料的首选。记者在温州了解到，由于这种产品刚刚进入市场，价格较天然皮革还要高，因此各制鞋企业的需求量并不是很大。同时，由于消费者对合成革产品消费还存在着误区，也使许多企业对这种性能优异的面料持观望态度。但已经有不少的合成革生产厂家对该产品表现了极大的兴趣，一些企业已经开始从烟台万华购入超细纤维底基，进行小规模的生产。这些企业纷纷表示，如果条件允许的话，希望能够大批量投入生产。相信随着市场的发展和人们消费观念的转变，这种超细纤维合成革一定能够在温州获得良好的市场。

# 福盛鞋业发布2003春夏休闲鞋市场流行趋势

**记者张勇金 周富春报道** 1月11日，福建石狮市福盛鞋业有限公司召开了2003年春夏新产品订货会，并发布了2003年春夏休闲鞋的市场流行趋势。该公司董事长林荣洲、总经理林烟、副董事长张筱共出席会议。

该公司多年来主要生产休闲鞋。他们认为，2003年春夏休闲鞋市场流行趋势分为四个主题：激进、人文主义、自然主义及超现实主义。材料选择上更趋于自然、亚光，纺织与皮革结合等被大量使用，并加以雕刻、镂空工艺设计。在装饰物的选择上更直接地取自于大自然，包括陆地和海洋装饰图案，有花朵、植物的茎叶、海洋中的藻类及珊瑚等。运动感的设计风格再次升温，比如男女慢跑休闲鞋，特别是少女慢跑休闲鞋，今年还会是个亮点。新款鞋设计将自然材料及合成材料结合起来使用，更加符合人体工程学的要求。男鞋使穿着者更加舒适，出现了鞋外表采用四式针迹设计的木履，鞋面采用纺织皮革的平跟凉鞋及"莫卡辛"鞋。鞋款的设计也从舒适的原则出发，鞋头为圆形或方形，并有宽宽的鞋边；鞋跟的设计更加舒适，为块状鞋跟。

从该公司向各位定货商展示的2003年新款产品来看，闪亮登场的女鞋是一大亮点，在坚持休闲的风格上进行了综合改良，如中底的成型开发，更加追求舒适和轻便，并推出了系列款式——少女鞋、少妇鞋、中年鞋、阿婆鞋等。这次该公司推出的产品坚持原有企业休闲风格，坚持以缝线工艺为主，坚持创新和改良，具备个性化强、材料新、工艺新的特点。产品推向社会将在一定程度上引导休闲的潮流与发展。

在采访中，张筱其先生告诉记者："作为主管开发和生产组织者，为适应日新月异的市场变化，我深深意识到自己肩负的重任，如何调整产业结构来迎合大众是我今年设计的目标，为此我们制定了总方案——走自己的路，做自己的风格，人无我有，人有我新，与时代同步前进。"

# 鞋子超市亮相温州

**驻温州记者王荣湖报道** 在当今如此快的生活节奏中，超市给广大消费者带来了很多的便利，你可能逛过很多的服装超市或者日用品、药品超市等，然而你有没有想到鞋子超市也在温州市场应运而生？

日前，笔者走访了设在市区民航路的温州首家鞋子超市——富奇特鞋子超市，不仅发现那里的鞋子品种齐全，男女老少、春夏秋冬各式各样的品牌皮鞋、旅游鞋应有尽有，更为可喜的是在富奇特宽敞明亮的店堂中，物品排列整齐有序，导购热情引导介绍，给忙碌的消费者创造了一种自由购鞋的氛围。而其精美的款式、合理的价位、可靠的质量、完善的售后服务体系尤其受到广大消费者的青睐。

该超市负责人李艳玲介绍，富奇特鞋子超市给所有的客户建立了购物档案，只要在此累积消费达到一定分值，就能得到超市提供的一系列优惠服务。尽管人们对各式鞋类商店、商场或专卖店司空见惯，然而对鞋子超市这种新型的经营方式还是产生了浓厚的兴趣，故吸引了一大批消费者前来购物。因此，笔者认为，在竞争激烈的市场经济中，只要商家具有独树一帜的营销方式、与众不同的经营理念，就一定会在市场的浪潮中立于不败之地。

# 第五届晋江鞋博会招展红火

**驻泉州记者张永金 钟小娟报道** 近日，从晋江第五届鞋博会组委会获悉，第五届晋江国际鞋业博览会（2003.4.19－22日）招展工作已基本结束，报名企业达1420家，已完成整个招展工作的90%，成品鞋展位被预订一空，鞋材和鞋机的展位也已所剩无几。

本次招展企业以外地客户居多，参展企业已超过本地企业。据组委会人员介绍，第五届晋江国际鞋业博览会展位数比去年增加了200多个，比上届同期增长了15%～20%。

## 一寸皮革 一寸金

●WGL系列电脑皮革面积测量机

★高精度：0.005平方米（高于国家标准）

★强大功能：高速码单打印，码单格式可选，码单份数可选，数据统计功能。

不干胶标签和直接在革上烫印测量结果。

★WGL—4型 12位数码显示，操作简便。

★WGL—5型 以586电脑为核心，彩色全信息显示，数据库功能，是现代管理必备工具。

●电脑数码烫印机

把量革机测得的面积值，直接烫印在革上。

改造老式国产或进口量革机

●WGP系列皮革喷浆机电脑

1、进口喷浆机电脑的更新、维修。

2、改造老式往复式、旋转式喷浆机，实现自动控制。

本公司产品，终身免费维修。

承索资料即寄！

## 四川省皮革新电子公司

地址：[illegible] 邮政编码：610081 电话：028－83230951 83230132 013908001924

传真：028－83230951 E－mail: wangym@mail.sc.cninfo.net

Case 1:04-cv-12668-RGS Document 30-5 Filed 05/20/2005 Page 8 of 12

十宝集团

## 十宝皮业销售有限公司

黄牛纳帕革:16.5～20.5元/平方英尺
黄牛茶胺革:16.5～21.5元/平方英尺
黄牛全粒面革:15.0～20.0元/平方英尺
黄牛软面革:12.5～17元/平方英尺
黄牛二层修面革:3.5～5.5元/平方英尺
黄牛二层贴膜坯革:2～4.5元/平方英尺
黄牛二层蓝湿革:1.4～3.2元/平方英尺

本公司为了便于与用户的信息沟通和货物供应,特在广州、温州、沈阳、晋江、天津、哈尔滨等地设立办事处,请用户就近与办事处或本公司取得联系,以促进业务发展。

经理:王敬顺 电话:(0377)2160368
传真:(0377)2168808 邮编:474150
手机:013803871415
地址:郑州市赣城路体育馆北侧

## 河北无极皮革联销公司

现本公司主要以手套革为主。

现我公司生产的手套皮已经达到出品的标准。质量可靠、手感好、有厚度、色样多、价位低。还可根据客户要求的技师为做零点,并欢迎试板。

小猪皮 8尺左右,2.8元/平方尺
猪皮 20尺左右,1～2级 2.8元/平方尺
牛皮、牛头皮 3.4～5.3元/平方尺
羊皮 4.8元～5.4元/平方尺
猪二层皮 0.78元/平方尺

并欢迎厂家及商贸公司个人,来电联系。

地址:无极牛辛庄皮革区 手机:13803393254
电话/传真:(0311)5726416

JANNET MILLER ENTERPRISE COMPANY 美亚

## 广州美亚皮革商行

**专营:**珍珠鱼皮、鸵鸟毛、鸵鸟脚皮、鸵鸟皮、鳄鱼皮、蜥蜴皮、鹰爪皮、鲨鱼皮、鸸鹋皮、尼罗河鱼皮、鳗鱼皮、袋鼠皮、蛇皮、猪鸸皮及其它特种动物皮;马皮、压花皮、羊皮、小牛皮、全粒面、纳帕软皮、二层皮及胎水牛皮。

**兼营:**特殊PU/PVC干湿式合成革。湿式普通及吸水透气PU鞋内里革。

**承接:**各类优质皮革制品

## 济南市 天桥利源化工厂

**供:**"三生"牌革鞣剂、脱脂剂

1. 铬粉:$Cr_2O_3$ 含量 21%—23% 盐基度 32%—34%
2. 铬粉:$Cr_2O_3$ 含量 21%—23% 盐基度 36%—40%
3. KMC—I:$Cr_2O_3$ 含量≥20%
4. KMC—II:$Cr_2O_3$ 含量≥18%
5. 出口级铬粉: $Cr_2O_3$ 含量 25%—26%
6. 高效脱脂剂(非离子型)

厂长王德泉携全体员工致意国内外朋友意顺!

联系人:戴文山 夏卫 电话:0531—5951228
传真:0531—5710437 邮编:250032
地址:济南市北外环路赵庄南首

## 济南裕兴皮革化工有限责任公司

**供:**裕兴"生生"牌碱式硫酸铬

◆无添加剂型

(1) $Cr_2O_3$ 含量 24%－26% 碱度 32%－34%
(2) $Cr_2O_3$ 含量 21%－23% 碱度 38%－42%
(3) $Cr_2O_3$ 含量 21%－23% 碱度 36%－40%
(4) $Cr_2O_3$ 含量 21%－23% 碱度 32%－34%

◆自动提碱型、蒙囿型、高吸收型、环保型
◆根据客户特殊要求加工

*产品质量体系已通过ISO9002认证*

地址:济南市北郊五柳闸14号
邮编:250033 电话:0531－5950646
传真:0531－5817759 联系人:全经理

## 河北省无极县 东风皮革厂

**求** 本厂常年大量收购水牛、黄牛、牦牛、驴、马、骆驼、猪、牛头原料皮,进口水牛、黄牛、牛头原料皮及头层、二层蓝湿皮。如有以上原料皮的厂家请与我厂电话联系。

**供** 本厂常年出售各种皮革,部分产品价格如下:

牛皮类(水牛皮、黄牛皮、牦牛皮、汽车座套革、箱包革及蓝湿革): 6.5～9.5元/平方尺
猪皮服装革:2.6～3.3元/平方尺
狗皮服装革: 3～4.5元/平方尺
头层猪皮手套革:1.8～2.0/平方尺
各种牛二层贴膜革:2～4元/平方尺
高档牛头皮手套革及牛皮手套革:3～6元/平方尺
各种牛二层、猪二层手套革:0.7～0.8元/平方尺
羊皮腰带革、蓝湿革:3～4元/平方尺
驴、马皮服装革:5.5～6.5元/平方尺
专用手机套革:3～3.1元/平方尺
猪头层二层鞋里革:0.7～3元/平方尺

地址:河北省无极县东侯坊 邮编:052460
电话:0311－5733173 手机:13503175502
联系人:王转凯

## 永兴皮革鞋业有限公司

**供** 干湿法、鞋、箱包、腰带及足、篮、排球用,各种规格,各种颜色,牛二层,移膜皮。

**求** 二层蓝湿皮,二层皮坯及各种库存皮革。

地址:河北省安新县三台镇
电话:0312－5154006 5155488 传真:0312－5154629
联系人:刘章锁 13932258593 刘素清 13903326333

## 转让 制革设备及化工

| | |
|---|---|
| 大连真空干燥机 | 一台 |
| 天津150削匀机 | 一台 |
| 湖州产120去肉机 | 一台 |
| 意大利180挤水伸展 | 一台 |
| 科莱恩化工 | 11吨 |

联系人:孙会乾 手机:13903993911
联系电话:0374－6812398
地址:河南省长葛市白寨

注册 JSY 商标

## 南京市纺印助剂厂

### 匀染增深固色剂 NJ－900

**产品主要特点:**本产品是各种皮革染色的新型专用助剂,该产品为阳离子表面活性剂的稀土络合物,pH值4.0,外观为无色或浅红色液体。本助剂具有优良的匀染功能和增深固色效果,并能节省染料、助剂、降低生产成本,提高工效,提高皮革产品质量(本产品对铬鞣革、国产染料染色效果最佳),且对改善环境污染有显著效果。

1、用本助剂染黑色革能够显著提高染料的上染率、皮革的匀染性能,可节省染料20－30%以上。本助剂匀染性能极好,染黑色绒面革时可使原多次染色简化为一次染色,且皮革外观色泽饱满、浓艳、均匀、丝光感强,能够有效地解决皮革染色的色花、色差和难以染黑的难题,染色质量有大幅度地提高,色牢度可达到湿擦3级,干擦4级以上。

2、应用本助剂染彩色及浅色革效果更为显著,可节省染料20－40%以上。且可根本上解决色花和色差的难题,皮革外观色彩鲜艳、饱满、均匀、绒面丝光感强,色牢度可达到湿擦3级、干擦4级以上。

### NJ－901 色花色差修补剂

**产品主要特点:**本助剂对于各种有色花、色差及有染色缺陷的新革、陈年旧革具有优异的匀染、移染修补功能,同时具有良好的透染性。在制革工序中,使用本产品,同时可使加脂剂透心、均匀、皮面无浮油、绒面色彩鲜艳、丝光感强,能够有效地解决皮革染色的色花、色差和难以染透的难题。

[性状]外观:乳白色液体 离子型:阳离子＋非离子
溶解性:易溶解于冷水中

### NJ－902 加脂渗透剂

NJ－902加脂渗透剂对于各种加脂剂具有加强乳化、帮助渗透、吸收的良好性能。在制革工序中,使用本产品,可使加脂剂透心、均匀、全部吸尽、完全结合、皮面无浮油,提高皮革成品质量、降低成本。同时对于染料具有透心均匀的效果。

[性状]外观:乳白色液体 离子型:阳离子＋非离子
溶解性:易溶解于冷水中。

*本厂欢迎新老客户来函来电咨询、洽谈。*

*贵公司如需要我厂派员上门服务配合时,请发传真至我厂预约,以便及时安排。*

厂址:江苏省南京市栖霞区栖霞镇摄山村 邮编:210033
电话:025－5763361 传真:025－5760451 联系人:王道河 13805171358

## 急聘

本公司是一独资企业,位于广东省揭西县新洪。主要生产牛皮鞋面革,后整涂饰加工,崭新厂房,规模宏大,环境优美,现高薪聘请以下职位:

●**涂饰工程师:**2名,28岁以上,皮革专科毕业,对头层牛皮、纳帕、轻、重修面、压花革制作经验丰富。

●**车间主任:**1名,从事制革厂生产管理五年以上经验。

●**调色师傅:**2名,熟练调配各种色彩,熟悉涂饰所用进口、国产化料。

●**机械维修师傅:**机械专业毕业,35岁以上,维修制革机械五年以上经验。

●**工业会计:**女性,40岁以上,有证,熟悉工业会计运作程序,熟悉各种税费,有丰富经验,责任心强。

### 新裕发皮业有限公司

联系电话: 0663－5855881 5855882 5855886
传真:0663－5855130 联系人:陈小姐 王小姐
手机:13902267382 13609022608

## 南宫市豪达利毛皮有限责任公司

**求** 本公司大量收购澳大利亚生绵羊皮。如有以上原料皮的厂家或公司,请与我公司电话联系。

**供** 本公司常年生产、出售草上霜羊剪绒领子皮和各种颜色的毛领;羊皮坎肩及各种颜色的羊剪绒制品。价格随行就市。如有需求者,请与我公司电话或来人联系。

地址:河北省南宫市东阳街8号
电话:0319－5183431 手机:13833908366
联系人:周世勤 邮编:055750

## 江苏阜宁县三和皮革机械厂

### GJOR系列不锈钢自动摔软转鼓

我厂常年生产系列不锈钢自动摔软转鼓,并且在3米摔软转鼓技术的基础上,我厂首家开发出3.5米不锈钢自动摔软转鼓,已大量投入市场使用。该鼓能自动、连续、可靠、高效地工作,大大的提高了工作效率,从而增加了摔软效果。

由于采用了智能数字控制系统,该系列转鼓可达到自动正(反)转、停止、加湿、加温、换气、排潮及除尘功能,对提高皮革质量,保证皮革柔软性有很大的作用。

**主要特性:**

1、上、下滑动式安全门使设备结构更为紧凑。
2、左、右滑动式鼓门,快进、出皮操作灵活、方便。
3、通风隔离帽为特制冷轧成形无焊缝,确保皮面不被划伤。
4、鼓体内、外筒均为优质不锈钢制作,保证设备使用寿命。
5、蒸汽加热系统安全可靠。
6、除尘装置采用特制低噪音大风量风机和先进的抖尘机构,除尘效果良好。

另外,我厂还常年生产各种型号绷平干燥机的塑料夹、铝夹及旧夹换新夹业务。

本厂产品质量可靠,价格合理,交货迅速,售后服务优良,热忱欢迎广大客户来人来电订货。

地址:江苏省阜宁县向阳西路 电话:0515－7216803 7222677

## 斐蒙达集团 河南淮阳县东世皮业(原治邦皮厂) 甘肃省广河宏良皮业

斐蒙达集团河南淮阳县东世皮业、甘肃省广河宏良皮业是专业生产"汉口路"槐山羊皮、"西北路"绵羊皮、山东黄牛皮鞋面革、服装革的企业。拥有国内先进的制革设备和工艺,由德国制革专家任技术总监。成革丰满柔软而富有弹性,各项技术指标达到国内领先水平,深受国内著名鞋类厂商的青睐。

集团公司销售部经理朱董儒及全体员工愿广交天下商贾,欢迎来电来函联系:

东世皮业:
河南省淮阳县南环城路中段
电话:0394－2664868 2664888
传真:0394－2664897 邮编:466700

宏良皮业:
甘肃省广河县买家巷
电话:0930－5661098
传真:0930－5661118 邮编:731302

销售部经理:朱董儒 手机:13587616888(温州) 13926011199(广州)

直销处地址

| 广州直销处 | 广州直销处 | 温州直销处 | 成都直销处 |
|---|---|---|---|
| 地址:广州市站西路12号新大陆鞋业广场7001－7002室 | 地址:广州市环市西路89号后座站西天富鞋材市场A08 | 地址:温州市江滨西路鹿车大厦B座6A | 地址:成都市武侯区金花镇金花鞋材广场19幢D－8号 |
| 电话:020－86225182 | 电话:020－86513379 | 传真:0577－88183083 | 电话:028－82969061 |





# 回顾2002 展望2003 皮机鞋机市场

**记者马飞霞 娄楠报道** 与往年相比，2002年中国皮革业可谓是热闹非凡。在获得免检产品的同时，一向走顺风路的制鞋行业2002年内销市场驶入了严冬期，外销市场备受关注，皮革业则在摸索中前行；而与制鞋和皮革行业息息相关的机械制造业，无论是国产设备还是进口设备，都凭借着各自的特点活跃在皮革和制鞋领域，因此我们可以从很多的角度来表述2002年的皮机和鞋机的发展和变化。而2002年从机械制造业主的口中听到最多的是：我们一定要铆足劲儿向2003年冲刺。

## 李岩 泰格实业(上海)有限公司常务副总经理

2002年制鞋行业整体的情况都不是很好，尤其是内销市场的销售很冷淡，但是鞋机的销售并没有受到太大的影响，2002年的销售情况与2001年基本上持平。从整个机械市场的销售情况来看，进口机械的销售市场还是比较看好的，但是WTO的加入，市场的竞争非常的激烈，使得鞋机、皮机的销售也有了一定的难度。价格的影响是一方面，就目前的市场来看，在国内组装的机械设备与国内生产的机械设备将成为以后市场销售的主流，这给纯进口的机械在国内的销售带来了很大的竞争压力。当前，随着国内市场的变化，国内鞋机、皮机的品质在不断地提高，市场要求价格降低，给国外鞋机、皮机带来一定的影响。另外在国内组装的进口机械从质量上来说要优于国内的机械设备，其价格也满足于国内市场的要求，从目前来看，组装机械设备将成为以后鞋机销售市场的主流。

2002年泰格皮机的销量稳步发展，达到了公司预期的目标。中国的皮革发展到现在，最大的问题是产品的质量问题。中国的制鞋业发展是很快的，产品的品质与国外的差距逐渐缩小，但是皮革原料的生产加工并没有跟上鞋业的发展速度。中国的皮革业，除了广州外，特别是北方，产品的档次都不能与制鞋业的发展相适应，尤其是牛皮革，据我们了解，国内许多的制革厂家已经采用了国外进口的化工原料以及生产技术，但是机械设备的简陋，使产品的质量档次上不去，与鞋业的发展不配套。目前许多的企业开始认识到这一点，并且在加大技术改造的同时也在投入大量的资金来更新生产设备。由于国内生产的主要皮机设备与国外生产的设备仍然存在着很大的差距，许多的皮革厂家主要的机械设备还是要依赖于进口，因此可以说2003年对进口皮机设备的需求是在增加的。对于2003年的鞋机销售市场我们还是看好的。

## 姜国藩 原温州第一届鞋机商会秘书长

2002年温州鞋机行业总体的产销情况不错，特别是规模比较大的企业，而规模较小的企业相对来说要差一些。这种情况是由于部分中、小企业市场定位重复、产品严重同质化而造成的。但这从一定意义上来说是个好现象，它能激发企业的创新和竞争意识，使大型企业努力改善管理，优化产业结构，从而在保证产品质量的前提下降低产品成本；而中小企业也会通过努力改善产品的科技含量，提高产品的技术水平，从而提升企业和产品的核心竞争力。

温州的鞋机企业大多是采用意大利或台湾的技术，在模仿的基础上加以创新，使机械从一定程度上更适合国内制鞋企业的生产、工艺、管理习惯，这也是温州鞋机与意大利、台湾相比的主要优势之一。此外完善、快捷的售后服务以及价格的优势更是让许多中小型制鞋企业倾向于国产制鞋机械。

在销售优势方面，目前温州的鞋机仍主要集中在浙江、江苏一带，现在这部分市场的开发潜力已经不大，有部分规模较大的鞋机企业开始向成都、重庆、沈阳、山东等地拓展，力争利用价格、质量等优势占领内地市场。外贸方面，以前温州就有部分规模较大的企业通过外贸公司向第三世界国家出口自己的主力产品，但规模不是很大。据有关人士透露，2003年温州鞋机行业将由商会组织集体进行产品出口，以求打造温州鞋机行业的集体品牌，提高温州鞋机在国际市场上的竞争力。

目前温州的制鞋企业在选购鞋机产品时，出于售后服务等一系列相关问题，更愿意在同一企业内选购系列产品，这使目前温州鞋机企业大多选择多条腿走路、多元化发展的道路，力求避免产品的单一性，使企业在发展的过程中能找到多个产品突破点。

由于2002年温州制鞋业一直处于低迷状态，这也从一定程度上使鞋机行业的发展受到了影响，预计在2003年，这方面的负面影响仍不会消失，但鞋机行业仍将保持一个旺盛的发展势头。温州也许会成为继意大利、台湾之后更有发展潜力的鞋机生产基地。

## 侯大升 国家轻工业皮革制鞋机械质量监督检测中心副主任

2002年鞋机行业销售的总体形势较好，鞋机和皮机销售的好坏是受到制鞋行业和皮革行业影响的。2002年的下半年制鞋行业出现低迷状态，但并没有影响到皮机和鞋机的销售量，据部分厂家反映，去年的定单还是比较饱和的，甚至还有加班加点都做不完的情况。2002年国产鞋机的销售要远好于进口机械，国外机械比国内机械维修要繁琐，售后服务成为了国内鞋机和皮机主要的销售点。当前，国内皮机、鞋机与国外的机械设备相比，一是技术差距在缩小，二是时差上在缩小，即同类产品能与国外产品几乎同时出现在市场上。目前国内的机械设备厂无论从加工设备还是工人技术上都不会落后国外，尤其是私营企业的增多，强化了管理，使得多数企业的制造水平与国外几乎没有差距。现在，国内市场上可以随时采购到进口的关键零配件，原材料的选择余地加大，使得机械产品的质量有了保证。信息交流的方便、购置机械手续简化，也是厂家选择国内产品的主要原因之一。目前，我国皮机、鞋机的生产都是在模仿国外同类产品的基础上进行的改造，而少有贴切用户设计的研发意识，这种作法虽然使同类产品与国外水平差距减小，但也成为将来我国皮机、鞋机行业发展最大的隐患。目前市场竞争的激烈，光靠价格是无法取胜市场的，而是要不断地推出新产品。

2003年皮机和鞋机销售的好坏要取决于他们的终端客户，只要鞋业和皮革业在不断地发展，鞋机和皮机的销量就会稳步前进的。据有的厂家反映，2003年的销售势头将被看好。在外贸出口方面，我国的鞋机成为了第三世界国家主要的出口国，鞋机和皮机的出口也由原来的低端产品开始转向中、高端产品的输出，并且这种出口将逐渐增加。

## 嘉丽 意大利制鞋制革机械商会中方部经理

意大利在中国市场的皮机、鞋机销售商共有200多家，其中鞋机销售商就占50%以上，可以看出鞋机市场是一块非常大的蛋糕。但是2002年从意大利鞋机、皮机商那里了解到，除了个别的企业有独特的产品，在中国市场上占有一定的地位，其它的产品在中国销售情况并不看好。据销售商讲，价格的昂贵是这些纯进口机械没有宽裕市场领域的主要原因，其次，就是购买国外机械的手续比较繁琐，并且货款要用外汇来支付。由于在中国境内没有现货，交货时间很长，因此2002年意大利鞋机的销售并不是很理想。为了进一步开拓中国的皮革制品机械设备市场，针对中国这块领域的特点，机械设备厂商的业主们也做了相应的调整，有一些厂家准备在中国投资建厂，以方便中国厂家的购置。

2003年只要大的环境稳定，意大利鞋机在中国的销售前景还是很乐观的，多数的意大利机械设备商非常看好这块市场。意大利设备在2003年以及今后的两三年内将要面临着一个很大的挑战，但是需要建立一个好的销售网络和完善的售后服务体系，如果这两点做不到，意大利的鞋机会很快被中国的机械设备所代替。目前，中国的鞋类市场正在成长，无论从用料还是技术、设计上都和意大利的风格有所接近，更多的厂家将购置相应的机械设备，满足制鞋业的发展。中国皮革业的发展并没有鞋业发展的速度快，2003年皮机的销售市场将取决于皮革业的发展势头。从2002年皮革业的发展来看，许多的意大利皮革商表示，中国的皮革市场将不会有很大的变化，高档皮革制品还是要依赖于意大利皮革的进口，这就影响着进口皮机在中国市场的销量。我估计2003年进口皮机的销售情况将与2002年的销售持平。

中国是意大利鞋机、皮机在亚洲出口的重要国家，从目前中国鞋机、皮机的发展情况来看，意大利鞋机、皮机在中国市场的竞争越来越激烈，在国际市场中对意大利的鞋机、皮机也构成了一定的威胁。在2001年，中国的鞋机、皮机对第三世界国家的出口量很小，但是2002年开始增长，并且在今后仍将保持增长的趋势，加之建立了完善的销售网络与售后服务体系，这与意大利鞋机、皮机在其他的国家形成了有力的竞争。

## 盛国泰 温州大隆机器有限公司副总经理

大隆机械有限公司作为温州鞋机行业起步最早、规模最大的企业，在2002年的产销形势还是相当不错的。目前新产品的定单已经到了今年6月份了，主要是针对一些企业进行正常输出，即对成型流水线进行整体提供，力争一次性地为企业提供齐所有的相关设备。

2002年温州制鞋行业形势不乐观，使不少温州制鞋企业的老板意识到了温州鞋存在着产品档次偏低、产量与产值的增长不成正比等问题。他们想从质量上将产品提高到一个新的档次，于是，将目光放在了制鞋机械上，希望通过对流水线的改进提高鞋的技术含量和水平。

目前，温州的大部分制鞋企业中都有大隆生产的设备，大隆在温州鞋机行业的领先地位已经确立，部分核心技术已领先温州同行5年以上，产品在短期内基本不愁销路。外贸方面，大隆每年有近1/3的产品通过各种途径出口到意大利、俄罗斯以及相关的第三世界国家，并且根据这些国家和地区生产习惯的不同，对机械进行了相应的改进，技术水平与意大利相比差距越来越小，而价格成为市场竞争中明显的优势。

在2002年初，由于外贸定单的增多，使不少中小规模的鞋企继续扩大生产规模，于是一些价格相对低廉的鞋机产品被广泛地采用，这使年初鞋机行业也出现了产销的高潮，但随着鞋类产品销售势头的回落，也有部分企业的产销量开始大幅回落。目前有部分中小企业面临着倒闭或被兼并的危险。

预计2003年大隆的发展形势仍将不错，针对部分中、小企业倒闭的状况，大隆并不打算对其进行兼并来扩大生产能力，尽管目前的生产能力尚不能满足市场需要，但出于对产品品质和管理方面的考虑，大隆更愿意脚踏实地、按部就班地发展。

一切为了行业 为了行业一切
人人参与办刊物 行业刊物为人人

《中国皮革信息》作为业内快速传递信息的一份刊物，多年来一直受到广大读者朋友的热心关注和大力支持。为了更好地服务于广大读者，把本刊办成具有"新闻性、时效性、指导性、可读性"的为业内人士所喜闻乐见的刊物，以促进行业更快更好地发展，现特在广大读者中进行一次调查问卷，敬请大力支持！

**《中国皮革信息》调查问卷** (可复印或另附纸填写)

姓名______ 性别______ 年龄______
单位名称______ 单位性质______ 所在部门______
通讯地址______ 邮编______
联系电话______ 传真______
E-mail______ Http______

1、是什么原因让您订阅《中国皮革信息》？
2、您最想从《中国皮革信息》获取哪些方面的信息？
3、您喜欢目前《中国皮革信息》的哪些版面(栏目)，不喜欢哪些版面(栏目)？您对《中国皮革信息》的总体印象如何？
4、您希望在现有基础上增添哪些栏目(内容)？
5、您认为《中国皮革信息》在版面上需作哪些调整？
6、您对《中国皮革信息》封面印象如何，有何好的建议？
7、您还有哪些意见和建议？
以上内容填好后，请寄本刊编辑部(联系方法见封底)




Case 1:04-cv-10668-RGS Document 30-5 Filed 05/20/2005 Page 10 of 12

## 匈牙利"晋江街"3月份开业

**驻泉州记者钱振中报道** 匈牙利"晋江街"定于3月份开业,这是晋江市委书记龚清概在21日迎春记者座谈会上向媒体宣布的。这是该市在加大对外开放力度中,实施"走出去"战略的一大突破。

"晋江街"位于匈牙利首都最大的工业贸易园区——布达佩斯15区的亚洲中心,以经营晋江运动鞋为主。晋江(匈牙利)投资贸易服务有限公司向亚洲中心承租665.5平方米场地,可设置26个店铺,合同期6年。目前已有十几家晋江企业走出国界、拓展市场。除了创建匈牙利"中国鞋都晋江街"外,晋江企业还在埃及投资办食品厂,全市还有近百家企业在俄罗斯、东欧、中东、南非等国家和地区设立了200多个办事机构和销售网点。

## 香港建滔集团常州兴建化工项目

香港建滔化工集团是香港上市公司,是全球重要积层板生产厂商,在国内拥有11家装备一流的制造工厂,主要发展积层板及其相关化工项目,其产品销往世界各地。

日前香港建滔化工集团与常州技术开发区签订协议,投资建设甲醛、苯酚、丙酮项目。建滔集团常州化工项目一期工程投资3000万美元,这是常州沿江化工区到目前为止最大的化工项目。 ■沈镇平

# 大鹏展翅 搏击长空

## ——温州鞋机行业现状与展望

**记者姜楠报道** 如果将整个制鞋行业比作一只雄鹰的话,鞋机制造业和鞋材制造业就是雄鹰的两支翅膀。只有强而有力的翅膀,才能给雄鹰搏击长空提供强劲的原动力。温州,中国鞋都,这只中国制鞋业的雄鹰在即将飞向世界的时候,我们当然不能忽视作为温州制鞋业重要配套产业的鞋机制造业的发展。近日,记者对温州市鞋机商会前秘书长姜国藩进行了采访,对整个温州鞋机制造业的现状有了一个全新的认识。

温州的鞋机制造行业起步于上世纪80年代末期,当时由于是计划经济时期,国家对各种商品的进出口控制较严,因此鞋厂大部分采用的是手工操作,劳动量大,劳动生产率低。为了改变这种状况,国家从意大利、德国等国进口鞋机,采用"技术引进"的方法,交给一些科研部门来进行仿制,但当时的产品由于条件所限,技术水平并不能与其他鞋机制造大国相比,但在当时也给手工操作为主的生产带来了革命性的变革。于是一些有远见的企业家便开始着手创办鞋机企业。这批鞋机企业,作为我国鞋机制造业的先导,在上世纪90年代改革开放时,随着温州制鞋业一同发展,形成了现在以几个大规模企业领头、中小企业紧随其后的行业蓬勃发展的局面。

经过了十几年的发展,温州的鞋机行业现阶段已形成了许多规模较大、产品技术含量较高、经济效益较好、知名度较高的大中型企业,温州鞋机的产销量也占全国鞋机产销量的50%以上。著名的大隆鞋机、瓯江鞋机、仓桥鞋机……以崭新的面貌,为温州乃至全国的制鞋行业提供着源源不断的动力。温州鞋机制造业正如早晨的太阳,充满着无限的生机与活力。

那么温州的鞋机制造业为什么能取得这样迅速的发展呢?据姜秘书长介绍,原因主要有以下几个方面:首先是区域特色方面的优势。温州作为中国鞋都,大大小小的制鞋企业有数千家,这就为鞋机行业的发展提供了良好的市场前景,容易形成自己的市场和销售网络;其次,是温州鞋机企业掌舵人的远见卓识。这些鞋机企业的管理者以敏捷的思维、开拓的思路、长远的眼光认清了发展的道路,并在艰苦的奋斗与拼搏中抓住了机遇,使企业得到了发展;再次,国家政策的开放。上世纪90年代中期,正逢改革开放时期,而温州鞋机企业数量相当少,这无形的优势也从很大程度上促进了温州鞋机行业的发展。

姜秘书长还提到,在看到我们优势的同时,我们还看到,温州的鞋机制造业在蓬勃发展的过程中还存在着许多缺点,这些缺点也许在将来会成为整个鞋机行业发展的障碍。首先,我国的鞋机制造业虽然有着强劲的发展势头,但自主开发能力欠缺,大部分产品的开发是建立在对意大利、德国同类产品消化的基础上,这无疑是制约鞋机行业发展的瓶颈之一。此外,我国现行的鞋机行业标准,尚无一套标准系温州鞋机企业参予起草(现已有大隆等几家企业正竭力着手改变这一现状),这对将来行业实施标准化与模块化发展相当不利。并且,现在厂内具有实际操作能力的高级技术人员缺乏,一些研究人员理论与实际严重脱节的情况严重。

知己知彼,方能百战不殆。纵观全球的鞋机行业,意大利的鞋机制造业历史悠久,已形成了规模化生产,并且在用料和技术开发方面领先于我们,但由于产地距国内市场过远,使得售后服务、价格等成为他们的劣势。温州鞋机制造业的产品以相对优惠的价格、良好的售后服务可以保持其在国内市场的占有率。而台湾鞋机近几年登陆东莞,采用大陆的劳动力、材料,并以独特的营销方式使温州鞋机业受到了很大的威胁,如果不加强技术开发,温州的鞋机业价格方面的优势也将会渐渐地消失。

综上所述,我们可以看出,温州的鞋机行业在十几年的发展过程中取得了相当大的成就,但随着我国加入WTO后国内市场的进一步开放,国外、境外的鞋机企业也会加大在中国市场竞争的力度。在"双赢"利益驱动下,中外鞋机企业结成战略联盟也会成为一种发展趋势。现阶段温州已有不少鞋机企业都积极与意大利的鞋机企业寻求合作。目前,随着中国鞋业逐步与世界鞋业的接轨,对鞋机性能、品质、价格、交货期、服务等方面都提出了更高的要求,间接促进了鞋机行业的技术进步和管理水平的提高。我们相信,温州的鞋机行业一定会在日趋激烈的市场竞争中站稳脚跟,并取得进一步的发展,使中国鞋业这只大鹏在万里高空自由的翱翔。

烟台高新区

☆高镁铝合金皮革压花版、压花辊
☆黑金属碳钢皮革压花版、压花辊
☆双层金属复合皮革压花版
☆皮革熨平光版、磨砂版
☆各种皮革机械及其配件
☆各种细小牛毛孔花纹
☆大、中、小荔枝花纹
☆各种工艺花纹

厂址:山东省烟台市高新区前七夼
电话:0535-6893118 6882643 6907689(H)
传真:0535-6882643 邮编:264003
开户行:烟台市莱山区农村信用合作社营业部
帐号:13620100007143 厂长:孙成 手机:013606459938

诚 聘

鞋面革水场、涂饰及大生产管理工程师

要求:本科学历,五年以上制革实践经验,待遇从优,具体事项面谈。

温州市力西特企业集团有限公司

联系电话:0577-86266777 手机:13806688588
传真:0577-86261104 联系人:吴先生

天之一® 皮革化工

一切为了您的皮革做得更好

天之一在中国大陆皮革技术市场所走过的历程:

☆成功大规模地推广了经典阳离子遮残补伤封底系统及综合底涂树脂,提高了成革等级;

☆引进了优异的极软丙烯酸树脂涂饰剂,性能优异的复合树脂、加脂剂、复鞣剂、水场材料,独特的补伤膏、顶涂光油、手感剂;

☆在生产各类高档、具有意大利风格的牛、羊打光、抛光、苯胺、全粒面、纳帕革、毛革两用、服装革、鞋面革、沙发革及各种效应革的工艺和化料上,独树一帜,引导潮流,配套技术服务享誉于世。

意大利SYN—BIOS(星标示)中国总代理
意大利ALPA(阿帕)中国浙江、河北地区代理
ELF-ATO(埃尔夫—阿托)皮化中国总代理
总经理:程正伟先生 地址:中国深圳科技园深南花园大厦B座20层
中国市场部电话:(0755)26630426、26501882 传真:(0755)26635327

中国东区:
桐乡天之一:(0573)8108455
温州天之一:(0577)86267072

中国南区:
福建天之一:(0595)5736608

中国北区:
辛集天之一:(0311)3236325
无极天之一:(0311)5590543
留史天之一:(0312)6338270
河南天之一:(0394)4362547

中国西区:
成都天之一:(028)85881375
白寨天之一:(0374)6813536

真 空 泵

南通市中天机械制造有限公司多年致力于皮革干燥机真空系统的研制,产品为国内多家皮革机械制造商配套使用。新近开发的2S(Y)-6A、2S(Y)-12A双级水(油)环式真空泵可以和进口三板、7米板皮革干燥机的真空泵实现互换。

本公司所有产品主要部件均采用铜、不锈钢等耐腐蚀材料,铸件内壁经过渗氮工艺,产品性能、使用寿命均和进口泵相当。主要型号有2S-185(5.5KW)、2S-200(7.5KW)、2S-230(11KW)、2S(Y)-6A(15KW)、2S(Y)-12A(30KW)。

欢迎新老客户垂询选购。

南通市中天机械制造有限公司

地址:江苏海门市新海路535号 电话:0513-2202224 13806289922 联系人:陆先生
国内分销商:
广东江门健丰皮革机械经营部 电话:0750-3512516 13702286671
广东佛山和孚刀具厂南海经销处 电话:0757-6449008 13802460656
浙江温州金莉莉皮革机械经营部 电话:0577-86268123 13906646835

# 回眸2002 细数皮业"旧闻"

（接上期第11版）

## 企业篇

### 奥康捐资1000万元建立"奥康大学生助学专项基金"

6月22日，浙江省省委大院11号大会议室，奥康集团总裁王振滔代表企业与浙江省青少年发展基金会领导签订协议，捐资1000万元建立"奥康大学生助学专项基金"，资助浙江省内全日制本、专科家庭贫困、品学兼优的大学生顺利完成学业。这是奥康为教育事业奉献的又一份爱心。 《7.28

### 红蜻蜓集团向希望工程捐款460万元

8月12日，红蜻蜓集团董事长钱金波代表上海红蜻蜓鞋业有限公司在北京宣布：响应"希望工程助学行动"的号召，向希望工程捐款460万元，用于在新疆、云南、四川等省援建10所希望小学。与此同时，红蜻蜓集团还捐款100万元，资助"保护母亲河"项目和团中央"西部优秀团干部培训工程"。 《8.18

### "应大十年，激情之夜"大型时装歌舞晚会在津隆重举行

全力打造"中国最著名皮装品牌"的天津应大皮革时装有限公司，于8月12日晚为来自国内外的同业者、全国各大新闻媒体记者及各地工商界朋友数千名宾客献上一份激情而难忘的大礼：作为纪念公司成立十周年庆典、回馈消费者系列活动之一，"应大十年，激情之夜"大型时装歌舞晚会在天津市体育中心隆重举行。 《8.28

### 泉州寰球鞋服有限公司与中国登山协会建立友好合作伙伴关系

9月3日下午，中国登山协会与泉州寰球鞋服有限公司在北京人民大会堂就双方建立友好合作伙伴关系签署了合作协议书。寰球鞋服有限公司每年向中国登山协会提供60万元人民币用于推动中国登山协会所属各项运动的发展。该公司生产的"亚礼得"品牌鞋类系列产品为"中国登山协会惟一指定产品"，运动服装为"指定产品。" 《9.8

### 森达集团跻身中国具有国际竞争力企业的行列

9月1～2日，中国工业经济联合会和中国名牌战略推进委员会在北京人民大会堂向社会公布了"向世界名牌进军——16家具有国际竞争力的中国企业"，森达集团榜上有名，成为中国制鞋业惟一获此殊荣的企业。 《9.18

### 莱卡服装革在中国研制成功

9月19日，美国杜邦公司与烟台全杰皮革高科有限公司借中国国际皮革展举办之机，在上海联合举办了皮革+莱卡®新产品展示暨新闻发布会。据了解，杜邦公司是2002年4月份与烟台全杰皮革高科公司签定合作开发莱卡超弹性服装革协议的，杜邦公司授予全杰高科公司为亚洲惟一的莱卡皮革生产权，并投入4000万美元用于市场开发。 《9.28

### 奥康举办"温州心·世界梦"系列活动

10月17日至26日，由奥康集团举办的"温州心·世界梦"大型系列活动在温州隆重举行。短短10天时间内，奥康集团连续开展十二项大型活动，开演制鞋企业进军国际市场的金秋大战。来自国内100多家大型商场的老总、经理，1000多位加盟商和300多家新闻媒体的记者参加了此次活动。 《10.28

### 东北虎亮出"大中国"皮草时尚文化

11月21日，世人瞩目的中国国际时装周开幕式在北京饭店隆重举行。开幕式定名为"2002中国国际时装周开幕式暨《花开四季》东北虎皮草之夜专场发布会"。承办开幕式的东北虎皮草集团经过精心设计筹备，向与会者展现出一个贯穿"大中国"的美仑美奂的皮草时装服饰世界，打造出一场中国皮草时装顶级秀，同时也为本届时装周赢得了第一声喝彩。 《12.8

### 南海皮厂向社会公开招标皮化材料

7月份和10月份，广东南海皮厂有限公司两次向社会公开招标皮化材料。通过招标后购买皮化材料的费用，每月可节约几十万元人民币。而此举的意义不仅限于为企业节省了部分资金，更重要的意义则在于为制革企业作了一次尝试，一旦推广开来，必会扫除一些旧的积习，为皮革业建立更为科学的游戏规则。 《12.8

## 市场篇

### 一大鞋城搬家

#### 北京大康鞋城搬家

在京城乃至全国鞋业界闹得沸沸扬扬的北京大康鞋城西区拆除事件，年初终于有了结果。位于北京右安门东滨河路1号的大康鞋城上千家商户整体迁移至大红门西里19号的大康鞋城"新址"，西区违法建筑按照北京市丰台区规划的要求自行拆除。而投资近5亿元人民币的"北京国际鞋帽交易中心"已全面开工建设，预计2003年完工并投入使用。届时，大康鞋城的所有商户将全部迁移该处经营。 《2.28

### 三家企业全国市场同类产品销量第一

#### 森达皮鞋市场销量第一

3月17日，国家统计局在人民大会堂宣布，江苏森达集团荣获2001年度全国市场同类产品销量第一名。这是该集团自1993年跃居全国皮鞋行业榜首后，连续9年摘取这项桂冠。 《3.28

#### 双星旅游鞋市场销量第一；安踏运动鞋市场综合占有率第一

3月25日，中国商业联合会、中华全国商业信息中心2001年消费品市场信息发布会在人民大会堂召开，"双星"牌旅游鞋荣列全国同类产品市场销量第一名。这是双星连续9年蝉联这项冠军。

安踏运动鞋荣列2001年度运动鞋市场综合占有率第一名。 《4.18、3.28

### 六大市场开业

#### 北京十里河南方批发鞋城

在北京和温州两地政府的全力支持下，堪称京城鞋业大都会的市场——十里河南方批发鞋城于3月28日隆重开业。 《4.8

#### 蠡县蠡州商城

蠡县县委、县政府为了规范市场运作，树立企业良好形象，从而拉动全县经济快速有序地发展，于6月7日全面启动蠡州商城。 《6.18

#### 广州雅宝路鞋业市场

广州雅宝路鞋业市场于8月8日正式开业。该市场实现数码电子交易、实行智能网络化管理，使交易效率大大提高。 《8.18

#### 上海国际皮具箱包展示交易中心

9月27日上午，长江三角洲地区单体面积最大的中高档专业箱包中心——上海国际皮具箱包展示交易中心，在上海市虹口区大柏树商圈开门迎客。 《10.8

#### 中国·崇福皮毛市场

9月24日，位于浙江省桐乡市，占地面积250亩的集市场交易区、皮毛加工区、餐饮、金融、商务于一体的中国·崇福皮毛市场隆重开业。 《11.8

#### 广州新大陆鞋业广场雅苑鞋材分场

广州新大陆鞋业广场在拥有成熟的专业鞋材鞋类经营经验和客户群的基础上，又全新推出一个专营皮革、鞋材的专业批发市场——雅苑鞋材分场，该分场于10月31日正式开业，成为了站西路上鞋材批发市场的新亮点。 《11.28

（完） ■本刊编辑部

# 倡导诚信 集聚优势 提升品牌 加快发展

## ——温州永嘉制鞋工业发展探秘

**记者姜楠报道** 2002年温州永嘉的制鞋业可谓是飞速发展、喜事不断，全县358家制鞋企业，共有生产流水线600多条，2002年工业产值50.2亿元，比2001年增长了30.1%，比1990年增长了134.7倍，12年翻了7番多；出口交货值2.8亿元，比上年增长了25.6%，成了永嘉发展最快的行业，占温州市鞋业总产值的六分之一强，成为永嘉第一大支柱优势产业、主要的经济增长点。同时，永嘉的各制鞋企业更是好戏连台，奥康、红蜻蜓皮鞋被评为2002年度中国名牌产品，这在全国县级区域中是绝无仅有的，其比重更是分别占到了全国和全省的28.6%和三分之二；在国家鞋类质量监督检测中心的抽检中，获优等品称号，占全市的四分之一；在近日2002年度国家免检产品的评选中，又有四个品牌获此殊荣，至今全县累计有10个企业的13个品牌成为国家免检产品，占全国的六分之一，全市的三分之一。据2002年中国皮革工业协会统计，在全国重点皮鞋企业产销量前30名中，永嘉就占了10席，永嘉的鞋业已经成为"中国鞋都"的重要组成部分。那么，永嘉鞋业在如此短的时间里获得如此大的发展的秘诀是什么呢？记者带着这一问题采访了永嘉鞋革工业协会会长徐孟鹤和秘书长金国雄。

通过采访，记者发现，永嘉的制鞋业之所以能够在如此短的时间里获得这么大的发展，是与当地制鞋行业的发展特点密切相

**1.规模经济发展强劲。** 2002年，永嘉年产值超500万元的鞋革企业有56家，产值累计共达42亿元，产值超过亿元的企业有10家，产销额达到34.5亿元。其中奥康、红蜻蜓的产值分别达9.25亿元和9.39亿元。这样的规模在温州其他区域几乎没有，这就为永嘉的企业攻城克池提供了强有力的后盾。

**2.品牌培育力度加大。** 品牌是企业最珍贵的资产，永嘉的鞋革企业非常重视品牌的建设，不惜重金培育品牌。一年多来，共投入1亿多元资金用于品牌的宣传，不断争取各种荣誉，永嘉鞋革产品区域品牌的知名度也越来越高。

**3.园区优势日益显现。** 永嘉的鞋革企业主要集中分布在瓯

年三镇鞋革产值占全县的比重达96%以上，至今已有50多家鞋革规模企业进入温州东瓯鞋业园区，占地2000多亩，30多家鞋革企业已竣工投产，区域、园区的品牌已经日益凸显。

**4.营销网络不断扩大。** 有不少温州的鞋业界人士认为，永嘉的鞋企是全国制鞋业中最善于营销的。早在1998年，永嘉的企业就开始积极采用国际上通行的现代营销模式——连锁专卖、特许经营、网上销售和品牌加工来发展销售网络。时至今日，永嘉鞋企的销售网络已遍布全国并开始向国外延伸。目前永嘉的鞋企已在国内建立各种品牌专卖店、店中店30000多个，奥康等8家企业开始走出国门。这样的营销网络拓展速度在国内的制鞋行业中是独一无二的。

**5.企业文化日显活力。** 企业文化对企业业绩具有重要的影响在永嘉鞋革企业中已经形成共识，继红蜻蜓集团创办第一家鞋文化研究中心以来，"鞋与文化"、"鞋与体育"、"鞋与艺术"、"鞋与健康"等在永嘉演绎得红火热闹又各有千秋。这样不仅使企业中充满了文化气息，更使鞋类品牌在消费者心目中的形象变得更加亲切，将企业与品牌的亲和力提升到了一个新的高度。

永嘉鞋企作为中国鞋都崛起的一支生力军，在短短的数年发展过程中取得了骄人的成绩。2003年，也许将是温州鞋业动荡的一年，行业"洗牌"、竞争加剧。但我们相信，永嘉的企业一定能够认清形势，抓住机遇，继续保持强劲的发展势头，为中国鞋业的发展作出新的贡献。

# 2003年夏季时尚运动鞋

**白色、深褐色、桔黄色正、反绒面革配双色大底制成的运动鞋是2003年夏季俊男靓女的首选时尚鞋品。**

1. Dunlop时尚运动鞋，帮面材料选用色泽柔和的白色、浅粉或蓝色正绒面革，非常容易与夏季浅色系列的休闲服装搭配，共同赋于青年男女活泼、青春和朝气蓬勃。
2. North Face Vapor Life运动鞋，选用了细网状材料作内衬，从而增添鞋的吸潮和透气性，给足部提供了良好、舒适的活动空间。
3. Dolomite休闲鞋，主要特点是轻便，款式设计属休闲型，是外出旅行的首选鞋品。
4. Trezeta滚轴鞋，既可以当旱冰鞋，又可折掉滚轴作运动鞋穿，是爱好活动的在校生选用的最佳鞋品。
5. Lowa Chilko XCR女式轻型运动鞋，选用了Gore-tex XCR轻型透气材料作内衬，这给爱运动。但却饱受鞋内潮湿和臭脚人带来了福音。
6. Asolo的夹指凉鞋，造型简单，特别是它的鞋底弧度设计，与足底十分吻合、伏贴，长途旅行穿它既凉爽又无疲劳的感觉。
7. Head公司推出的四周透气的白色空调鞋，从外观上看与普通运动鞋没有特别之处，但穿上它，有与众不同的舒适感觉。

8、Merrell休闲男鞋，配以柔软的大底，十佳舒适、休闲。

总编辑：谢 衡　副总编：李 宏　周富春　校对：王 昊　美编：刘振朋 王 勇　地址：北京市朝阳区将台西路18号　邮编：100016
电话/编辑部：(010) 64362597　广告部：(010) 64337808　发行部：(010) 64337758　传真：(010) 64351739　E-mail:cnler@public3.bta.net.cn
定价：180元/年（港澳台地区：300元/年，国外其它地区：500元/年）　国外总发行：中国国际图书贸易总公司（北京399信箱）　国外代号：4590T
本中心长期办理订阅　开户银行：北京市工商银行望京支行酒仙桥分理处　帐号：02000035090144734-33　收款单位：《中国皮革》杂志社　广告经营许可证：京朝工商广字第0062号
http://www.chinaleathernews.com.cn　排版：中国皮革工业信息中心激光照排部　承印：中国纺织出版社印刷厂　若有印刷质量问题请寄回发行部调换