IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

       Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
corporation,

       Defendant.

Civil Action No. 04-12668 (RGS)(RBC)

Judge Richard G. Stearns

## MOTION TO ADMIT CLYDE A. SHUMAN PRO HAC VICE

Irving H. Picard, on behalf of defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby moves this Court pursuant to L.R. 83.5.3(b) for an order permitting Clyde A. Shuman, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione P.C., of New York, New York, to appears as an attorney in this action for the limited purpose of defending Wal-Mart Stores, Inc., in this one action.

The grounds for the motion are that:

1. Wal-Mart is the defendant in this action. Wal-Mart is currently being represented and has appeared in this action through Irving H. Picard, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., who is duly licensed to practice in the State of Massachusetts and is a member in good standing of the Bar of this Court, and Peter T. Cobrin, who is admitted pro hac vice on behalf of Wal-Mart.

2. As explained in the attached Certificate of Clyde A. Shuman, Mr. Shuman:

    a.    Has an office located at One Pennsylvania Plaza, 37th Floor, New York, NY 10119, with a telephone number of (212) 649-4700 and a facsimile number of (212) 333-5980.

    b.    Is licensed to practice law in the State of New York, and is a member in good standing of, <u>inter alia</u>, the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit.

    c.    Is not the subject of any pending disciplinary action in any of the jurisdictions described above.

    d.    Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court for so long as he is permitted to appear in this action.

3.    A Certificate of Good Standing for Mr. Shuman from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, is attached hereto.

4.    The filing fee of $50.00 accompanies this Motion.

5.  I hereby consent to be the designee of Clyde A. Shuman, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and the Court and opposing counsel may readily communicate with me regarding the conduct of this action, including service of any papers. My telephone number is (212) 649-4700, and my facsimile number is (212) 333-5980.

*/s/ Irving H. Picard*

Irving H. Picard, Esq. (BBO # 398820)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza
New York, New York 10119
phone: (212) 649-4700
fax:   (212) 333-5980

Date: May 19, 2005

### CERTIFICATE OF SERVICE

I, Irving H. Picard, hereby certify that I served a copy of the foregoing pleading via Federal Express to the following counsel for plaintiff Reebok International Ltd.: Victoria L. Walton, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1624, (617) 345-3000; and Donald R. Banowit, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Ave. N.W., Washington, D.C. 20005, (202) 371-2600.

*/s/ Irving H. Picard*

Irving H. Picard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Judge Richard G. Stearns |

### L.R. 83.5.3(b) CERTIFICATE OF CLYDE A. SHUMAN
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Clyde A. Shuman, hereby state under oath the following:

1. I am an associate in the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and have an office located at One Pennsylvania Plaza, New York, NY 10119, with a telephone number of (212) 649-4700 and a facsimile number of (212) 333-5980.

2. I am licensed to practice law in the State of New York, and am a member in good standing of, <u>inter alia</u>, the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit.

3. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.

4. I am not the subject of any pending disciplinary action in any of the jurisdictions described above.

5. I am familiar with the Local Rules of this Court.

6.  As an associate in the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., I am familiar with the general subject matter of footwear and patent litigation to which the present action pertains.

7.  I agree to submit to the jurisdiction of this Court and to comply with all ethics and procedural rules governing the practice of law before this Court.

SIGNED UNDER THE PENALTIES OF PERJURY.

Dates this 19th day of May, 2005.

_____
Clyde A. Shuman

## CERTIFICATE OF SERVICE

I, Irving H. Picard, hereby certify that I served a copy of the foregoing pleading via Federal Express to the following counsel for plaintiff Reebok International Ltd.: Victoria L. Walton, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1624, (617) 345-3000; and Donald R. Banowit, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Ave. N.W., Washington, D.C. 20005, (202) 371-2600.

_____
Irving H. Picard



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Clyde Alvin Shuman** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **20th** day of **July 1998** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **May 19, 2005**

*James Edward Pelzer*
Clerk