IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

                                      Plaintiff,

     v.

WAL-MART STORES, INC., a Delaware
corporation

                                      Defendant.

Civil Action No. 04-12668 RGS

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR REEBOK TO OPPOSE WAL-MART'S MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**

      Plaintiff, Reebok International Ltd. ("Reebok"), hereby moves this Court for a one week extension to June 10, 2005, to file its Opposition to Defendant Wal-Mart Stores Inc.'s ("Wal-Mart") Motions for Summary Judgment of Invalidity and Non-Infringement. As grounds for this Motion, Reebok states that Wal-Mart has filed two (2) Motions for Summary Judgment which require considerable time to properly oppose.

      WHEREFORE, Reebok prays that this Court grant Reebok International Ltd. an extension to June 10, 2005 to file its Opposition to Wal-Mart's Motions for Summary Judgment.

        Respectfully submitted,
        REEBOK INTERNATIONAL LTD.

        By its attorneys,

        /s/ Victoria L. Walton
        Shepard Davidson, Esq. (BBO#557082)
        sdavidson@burnslev.com
        Victoria L. Walton, Esq. (BBO#650999)
        vwalton@burnslev.com
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA  02110
        (617) 345-3000

Dated:   June 1, 2005


ASSENTED TO:

Wal-Mart Stores, Inc.,
By its Attorneys


/s/ Peter T. Cobrin
Irving H. Picard, Esq.
Peter T. Cobrin, Esq.
Clyde A. Shuman, Esq.
Gibbons, Del Deo, Dolan,
 Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY  10119

Dated:  June 1, 2005


### LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Defendants in a good faith effort to narrow areas of dispute related to this Motion.

/s/  Donald R. Banowit
Donald R. Banowit, Esq.