UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD.,

                          Plaintiff,

v.                                    Civil Action No. 04-12668 (RGS)(RBC)
                                                 Honorable Richard G. Stearns

WAL-MART STORES, INC.,

                          Defendant.

### DECLARATION OF ROBERT G. RICH

I, Robert G. Rich, hereby state and declare:

1.     I am Director of Research and Engineering for Reebok International Ltd. ("Reebok"). I make this declaration in opposition to Wal-Mart's Cross-Motions for Summary Judgment of Invalidity and Non-Infringement of Reebok's U.S. Patent No. Des. 495,127 to Marvin *et al*.

2.     I have worked for Reebok for 13 years and have been Director of Research and Engineering since 1997.

3.     If called upon as a witness, I could testify to the following facts from personal knowledge or from records kept by Reebok in the ordinary course of business, unless otherwise indicated.

4.     Attached hereto as Exhibit A, is a photograph of a Reebok shoe. The shoe in the photograph was the subject of performance testing beginning on July 17, 2002.

1

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2005.
Canton, Massachusetts

*Robert G. Rich*
Robert G. Rich

403822_2.DOC

2

