Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
Clyde A. Shuman (pro hac vice)
pcobrin@gibbonslaw.com
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*ATTORNEYS FOR DEFENDANT,*
*WAL-MART STORES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| REEBOK INTERNATIONAL, LTD.,<br><br>                    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Hon. Richard G. Stearns, U.S.D.J. |

**DEFENDANT WAL-MART'S MOTION TO STRIKE DECLARATIONS AND EXHIBITS SUBMITTED BY REEBOK IN OPPOSITION TO WAL-MART'S CROSS-MOTIONS FOR SUMMARY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY, AND FOR LEAVE TO FILE A REPLY TO THE OPPOSITION**

Defendant Wal-Mart Stores, Inc. ("Wal Mart") hereby moves this Court, pursuant to Local Rule 7.1(b)(3), to strike certain of the declarations and exhibits submitted by plaintiff Reebok International, Ltd. ("Reebok") in opposition to Wal-Mart's cross-motions for summary judgment of patent non-infringement and invalidity. Wal-Mart also moves for leave to file a reply to that opposition.

The reasons for this motion may be found in the reply memorandum, submitted herewith.

In accordance with the provisions of D. Mass. L.R. 7.1(a)(2), counsel for Wal-Mart certifies that it conferred with counsel for plaintiff Reebok International, Ltd. on June 21, 2005, attempting in good faith to resolve or narrow the issues with respect to Wal-Mart's motion for leave to file this reply memorandum. Counsel for the parties were unable to agree.

Dated: June 22, 2005

Respectfully submitted,

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By:  /s/ Peter T. Cobrin
Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
Clyde A. Shuman (pro hac vice)
pcobrin@gibbonslaw.com
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 649-4700 ph
(212) 333-5980 fax

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically in compliance with Local Civil Rule 5.2. As such, a copy of this DEFENDANT WAL-MART'S MOTION TO STRIKE DECLARATIONS AND EXHIBITS SUBMITTED BY REEBOK IN OPPOSITION TO WAL-MART'S CROSS-MOTIONS FOR SUMMARY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY, AND FOR LEAVE TO FILE A REPLY TO THE OPPOSITION was served electronically upon the following counsel of record for Plaintiff Reebok International, Ltd.:

>Victoria L. Walton (BBO #650999)
>BURNS & LEVINSON LLP
>125 Summer Street
>Boston, Massachusetts 02110-1624
>(617) 345-3000
>(617) 345-3299 facsimile
>vwalton@burnslev.com
>
>Donald R. Banowit (pro hac vice)
>STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
>1100 New York Avenue, N.W.
>Washington, D.C. 20005
>(202) 371-2600
>(202) 371-2540 facsimile
>dbanowit@skgf.com

        /s/ Peter T. Cobrin
        Peter T. Cobrin (pro hac vice)