UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

REEBOK, INTL.

    I.                                                    CIVIL ACTION NO. 04-12668-RGS

WAL-MART STORES, INC.

# **NOTICE OF HEARING**

**STEARNS, DJ.**                                                             **JUNE 24, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>**FRIDAY,  AUGUST 5 ,  2005 AT 10:00 A.M.**</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

        BY:

                              /s/ Mary H. Johnson
                              Deputy Clerk

*TO BE HEARD:   Motions No.  9, 15, 16, 26, 41.