UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> KAREN M. SUGHRUE, et al., <br><br> Defendants | Civil Action No: 04-11667-RGS <br> Consolidated into <br> Civil Action No: 05-10176 |

### DEFENDANT ADVEST, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTIONS TO DISMISS THE CONSOLIDATED ACTIONS

Defendant Advest, Inc. ("Advest") moves for leave to file a reply memorandum in further support of its motions to dismiss the above-captioned consolidated actions. As grounds for this Motion, Advest states that the two actions filed by eight different plaintiffs bring 15 federal and state claims against 20 different defendants based on representations that were made in connection with a bond offering that took place in 1998. In response to the defendants' motions to dismiss, the plaintiffs filed more than 100 pages of briefing. Advest believes that a reply memorandum will assist the Court in deciding the issues raised in the motions.

Plaintiffs have assented to this Motion.

WHEREFORE, Advest respectfully requests that this Motion to for Leave to File a Reply Memorandum in Further Support of its Motions to Dismiss the Consolidated Actions be GRANTED.

ADVEST, INC.
By its attorneys,

NUTTER McCLENNEN & FISH, LLP

*/s/ Sarah Walters*

Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000

July 29, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Sarah E. Walters, certify that on July 29, 2005 I conferred with Michael Tabb and William Sheridan, counsel to plaintiffs, and they assented to this Motion.

*/s/ Sarah Walters*
Sarah E. Walters

July 29, 2005

### Certificate of Service

I, Sarah E. Walters, certify that on July 29, 2005 I caused a true copy of the above document to be served by hand on all counsel of record.

*/s/ Sarah Walters*
Sarah E. Walters

1450698.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD., a
Massachusetts corporation,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
corporation,

    Defendant.

Civil Action No. 04-12668 (RGS)(RBC)
Judge Richard G. Stearns

**MOTION TO ADMIT OREN J. WARSHAVSKY PRO HAC VICE**

Irving H. Picard, on behalf of defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby moves this Court pursuant to L.R. 83.5.3(b) for an order permitting Oren J. Warshavsky, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione P.C., of New York, New York, to appears as an attorney in this action for the limited purpose of defending Wal-Mart Stores, Inc., in this one action.

The grounds for the motion are that:

1. Wal-Mart is the defendant in this action. Wal-Mart is currently being represented and has appeared in this action through Irving H. Picard, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., who is duly licensed to practice in the State of Massachusetts and is a member in good standing of the Bar of this Court, and Peter T. Cobrin and Clyde A. Shuman, who are admitted pro hac vice on behalf of Wal-Mart.

2. As explained in the attached Certificate of Oren J. Warshavsky, Mr. Warshavsky:

#1002284 v1
105210-52957

a. Has an office located at One Pennsylvania Plaza, 37th Floor, New York, NY 10119, with a telephone number of (212) 649-4700 and a facsimile number of (212) 333-5980.

b. Is licensed to practice law in the State of New York, and is a member in good standing of, <u>inter alia</u>, the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second, Fifth and Federal Circuits.

c. Is not the subject of any pending disciplinary action in any of the jurisdictions described above.

d. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court for so long as he is permitted to appear in this action.

3. The filing fee of $50.00 accompanies this Motion.

4.     I hereby consent to be the designee of Oren J. Warshavsky, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and the Court and opposing counsel may readily communicate with me regarding the conduct of this action, including service of any papers. My telephone number is (212) 649-4700, and my facsimile number is (212) 333-5980.

 

_____
Irving H. Picard, Esq. (BBO # 398820)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza
New York, New York 10119
phone: (212) 649-4700
fax:    (212) 333-5980

Date: July 25, 2005

### CERTIFICATE OF SERVICE

I, Irving H. Picard, hereby certify that I served a copy of the foregoing pleading via Federal Express to the following counsel for plaintiff Reebok International Ltd.: Victoria L. Walton, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1624, (617) 345-3000; and Donald R. Banowit, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Ave. N.W., Washington, D.C. 20005, (202) 371-2600.

_____
Irving H. Picard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 04-12668 (RGS)(RBC)<br>Judge Richard G. Stearns |

### L.R. 83.5.3(b) CERTIFICATE OF OREN J. WARSHAVSKY
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Oren J. Warshavsky, hereby state under oath the following:

1. I am a director in the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and have an office located at One Pennsylvania Plaza, New York, NY 10119, with a telephone number of (212) 649-4700 and a facsimile number of (212) 333-5980.

2. I am licensed to practice law in the State of New York, and am a member in good standing of, <u>inter alia</u>, the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second, Fifth and Federal Circuits.

3. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.

4. I am not the subject of any pending disciplinary action in any of the jurisdictions described above.

5. I am familiar with the Local Rules of this Court.

6. As a director in the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., I am familiar with the general subject matter of footwear and patent litigation to which the present action pertains.

7. I agree to submit to the jurisdiction of this Court and to comply with all ethics and procedural rules governing the practice of law before this Court.

SIGNED UNDER THE PENALTIES OF PERJURY.

Dates this 25th day of July, 2005.

_____
Oren J. Warshavsky

## CERTIFICATE OF SERVICE

I, Irving H. Picard, hereby certify that I served a copy of the foregoing pleading via Federal Express to the following counsel for plaintiff Reebok International Ltd.: Victoria L. Walton, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1624, (617) 345-3000; and Donald R. Banowit, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Ave. N.W., Washington, D.C. 20005, (202) 371-2600.

_____
Irving H. Picard