UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.,<br><br>                Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | Civil Action No. 04-12668 (RGS) (RBC)<br>Honorable Richard G. Stearns |

PLAINTIFF REEBOK'S EMERGENCY MOTION
FOR AN EXPEDITED RESOLUTION OF ITS MOTION
FOR CLARIFICATION OF THE SCOPE OF PERMITTED DISCOVERY

Plaintiff Reebok International Ltd. ("Reebok") hereby moves this Court on an emergency basis to (i) schedule its Motion for Clarification of the Scope of Permitted Discovery ("Motion for Clarification") for a hearing on September 30, 2005 or as soon thereafter as possible and (ii) Order defendant Wal-Mart, Inc. to file and serve Reebok with any papers in opposition to the Motion for Clarification 24 hours prior to the date and time set for that hearing. As grounds for this Motion, and as discussed more fully in the Motion for Clarification and supporting Memorandum, Reebok states that without an expedited resolution of the Motion for Clarification, Reebok may not be able to obtain, and/or meaningfully analyze, the information that it seeks to discover before the November 7, 2005 trial of this matter.

WHEREFORE, Reebok respectfully requests that the Court:

a. Allow this Motion;

b. Schedule Plaintiff Reebok's Motion for Clarification of The Scope of Permitted Discovery for a hearing on September 30, 2005 or as soon thereafter as possible;

   c.   Order defendant Wal-Mart, Inc. to file and serve Reebok with any papers in opposition to Plaintiff Reebok's Motion for Clarification of the Scope of Permitted Discovery no later than 24 hours prior to the date and time set for that hearing on that Motion; and

   d.   Grant such other and further relief that this Court deems just and proper.

Respectfully submitted,

REEBOK INTERNATIONAL LTD.
By its attorneys,

Shepard Davidson (BBO#557082)          David K.S. Cornwell (*pro hac vice*)
sdavidson@burnslev.com                 Donald R. Banowit (*pro hac vice*)
Victoria L. Walton (BBO#650999)        Rae Lynn P. Guest (*pro hac vice*)
vwalton@burnslev.com
BURNS & LEVINSON LLP                   STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
125 Summer Street                      1100 New York Avenue, N.W.
Boston, MA 02110-1624                  Washington, D.C. 20005
Telephone: 617-345-3000                Telephone: 202-371-2600
Facsimile: 617-345-3299                Facsimile: 202-371-2540

Dated:   9/21/05

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Reebok International Ltd. hereby certifies that he has attempted to confer with plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion. The undersigned attorney met-and-conferred with defendant's attorneys Peter T. Cobrin and Oren J. Warshavsky on September 20, 2005 and with defendant's attorney Oren J. Warshavsky on September 21, 2005 regarding Reebok's Emergency Motion, however, the parties were unable to agree upon a briefing and/or hearing schedule.

Donald R. Banowit

445448_1.DOC