UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12668- RGS

REEBOK INTERNATIONAL LTD.

v.

WAL-MART STORES, INC.

PLAINTIFF'S MOTION FOR CLARIFICATION
OF THE SCOPE OF PERMITTED DISCOVERY

October 7, 2005

STEARNS, D.J.

On September 21, 2005, Reebok filed an expedited motion for clarification of the scope of discovery. The motion is ALLOWED in part. The November 7, 2005 trial on patent infringement will encompass the defense of obviousness. The issue of willfulness, however, will be a subject, if reached, of the separate trial on damages.

With regard to Wal-Mart's request to amend its Answer to include a claim of inequitable conduct, Reebok is directed to file its opposition, if any, by October 17, 2005.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE