# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 04-12668 (RGS)(RBC) <br> Hon. Richard G. Stearns, U.S.D.J. |

## DEFENDANT WAL-MART STORES, INC.'S NOTICE OF WITHDRAWAL OF MOTION

**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
(212) 649-4700
Attorneys for Defendant
Wal-Mart Stores, Inc.

#1022175 v1
105210-52957

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests to withdraw its cross motion to amend the complaint to allege inequitable conduct in the procurement of U.S. Patent No. Des. 495,127 (the "Reebok Patent").

Respectfully submitted,

Dated: October 10, 2005

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: /s/ Peter T. Cobrin
Irving H. Picard (BBO # 398820)
Peter T. Cobrin (pro hac vice)
Oren J. Warshavsky (pro hac vice)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
(212) 649-4700 ph
(212) 333-5980 fax

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically in compliance with Local Civil Rule 5.2. As such, a copy of this Defendant Wal-Mart Stores, Inc.'s Notice to withdraw Wal-Mart's Cross Motion to Amend the Complaint was served electronically upon the following counsel of record for Plaintiff Reebok International, Ltd.:

>Victoria L. Walton (BBO #650999)
>BURNS & LEVINSON LLP
>125 Summer Street
>Boston, Massachusetts 02110-1624
>(617) 345-3000
>(617) 345-3299 facsimile
>
>Donald R. Banowit (pro hac vice)
>STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
>1100 New York Avenue, N.W.
>Washington, D.C. 20005
>(202) 371-2600
>(202) 371-2540 facsimile

/s/ Peter T. Cobrin
Peter T. Cobrin (pro hac vice)

#1022175 v1
105210-52957