UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

REEBOK INTL.
    Plaintiff

        v.                          CIVIL ACTION NO. 04-12668-RGS

WAL-MART STORES
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.                                                OCTOBER 21, 2005

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

                        BY:

                            /s/ Mary H. Johnson
                            Deputy Clerk

DATED: 10-21-05