UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD.,

                Plaintiff,

v.

WAL-MART STORES, INC.,

                Defendant.

Civil Action No. 04-12668 (RGS)
Honorable Richard G. Stearns

## JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

Reebok International Ltd. ("Reebok") and Wal-Mart, Inc. ("Wal-Mart") jointly move this Court to extend the date by thirty (30) days by which, upon good cause shown, the action is to be restored to the docket if settlement is not consummated. As grounds for this Motion, the parties state the following:

1. The parties reported the case as settled on or around October 21, 2005. Since that time, the parties have been attempting to complete the settlement but could not because lead counsel for Wal-Mart, Peter T. Cobrin, became ill, was hospitalized and passed away on December 3, 2005.

2. A thirty (30) day extension of the deadline in the Settlement Order of Dismissal will allow the parties sufficient time to complete the settlement of this action.

WHEREFORE, the parties respectfully request allowance of this Joint Motion.

477009_1.doc

Respectfully submitted,

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.<br>By its attorneys,<br><br>_____<br>Shepard Davidson (BBO#557082)<br>sdavidson@burnslev.com<br>Victoria L. Walton (BBO#650999)<br>vwalton@burnslev.com<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>Telephone: (617) 345-3000<br>Facsimile: (617) 345-3299 | WAL-MART STORES, INC.,<br>By its attorneys<br><br>_____<br>Irving H. Picard (BBO #398820)<br>Oren J. Warshavsky (*pro hac vice*)<br>GIBBONS, DEL DEO, DOLAN,<br> GRIFFINGER & VECCHIONE, P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>Telephone: (212) 649-4700<br>Facsimile: (212) 333-5980 |

David K.S. Cornwell (*pro hac vice*)
Donald R. Banowit (*pro hac vice*)
Rae Lynn P. Guest (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Dated: December 19, 2005