# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD.,

                        Plaintiff,

      v.

WAL-MART STORES, INC.,

                      Defendant.

Civil Action No. 04-12668 (RGS)
Honorable Richard G. Stearns

## JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

Reebok International Ltd. ("Reebok") and Wal-Mart Stores, Inc. ("Wal-Mart") jointly move this Court to extend the date by an additional fifteen (15) days by which, upon good cause shown, the action is to be restored to the docket if settlement is not consummated.  As grounds for this Motion, the parties state the following:

1.      The parties reported the case as settled on or around October 21, 2005.

2.      A thirty (30) day extension of the deadline in the Settlement Order of Dismissal was requested on December 19, 2005, for the reasons set forth therein, and granted on December 29, 2005.

3.      The parties are now progressing toward completion of the settlement and an additional fifteen (15) day extension of the deadline in the Settlement Order of Dismissal will allow the parties sufficient time to complete the settlement of this action.

WHEREFORE, the parties respectfully request allowance of this Joint Motion.

487317_1.doc

Respectfully submitted,

REEBOK INTERNATIONAL LTD.,
By its attorneys,

Shepard Davidson (BBO#557082)
sdavidson@burnslev.com
Victoria L. Walton (BBO#650999)
vwalton@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

David K.S. Cornwell (*pro hac vice*)
Donald R. Banowit (*pro hac vice*)
Rae Lynn P. Guest (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Dated: January 19, 2006

WAL-MART STORES, INC.,
By its attorneys

Irving H. Picard (BBO #398820)
Oren J. Warshavsky (*pro hac vice*)
GIBBONS, DEL DEO, DOLAN,
  GRIFFINGER & VECCHIONE, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 649-4700
Facsimile: (212) 333-5980

487317_1.doc

2