# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD.,<br><br>      Plaintiff,<br>  v.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | Civil Action No. 04-12668 (RGS) (RBC)<br>Honorable Richard G. Stearns |

## PLAINTIFF'S MOTION TO RESTORE ACTION TO DOCKET

Plaintiff Reebok International Ltd. ("Reebok") hereby moves this Court to restore this action to the docket. As grounds for the Motion, Reebok states the following:

1. Because the parties believed that they resolved key issues in the dispute between them related to this action, they reported the case as settled on or around October 21, 2005, and a Settlement Order of Dismissal was entered, stating that "[i]t is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within 60 days if settlement is not consummated."

2. The parties thereafter engaged in good faith negotiations in an effort to agree to the terms of a settlement, and they twice agreed to extend the deadline set in the Settlement Order of Dismissal so that they could do so.

3. Notwithstanding the parties' good faith efforts, they have been unable to agree to material terms of a settlement agreement.

WHEREFORE, Reebok respectfully requests allowance of this Motion to restore this action to the docket.

Respectfully submitted,

REEBOK INTERNATIONAL LTD.
By its attorneys,


| /s/Victoria L. Walton | |
|---|---|
| Shepard Davidson (BBO#557082) | David K.S. Cornwell (*pro hac vice*) |
| sdavidson@burnslev.com | Donald R. Banowit (*pro hac vice*) |
| Victoria L. Walton (BBO#650999) | Rae Lynn P. Guest (*pro hac vice*) |
| vwalton@burnslev.com | |
| BURNS & LEVINSON LLP | STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C. |
| 125 Summer Street | 1100 New York Avenue, N.W. |
| Boston, MA 02110-1624 | Washington, D.C. 20005 |
| Telephone: 617-345-3000 | Telephone: 202-371-2600 |
| Facsimile: 617-345-3299 | Facsimile: 202-371-2540 |

Dated: February 3, 2006


### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Reebok International Ltd. hereby certifies that he has attempted to confer with defendant's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

/s/Donald R. Banowit
Donald R. Banowit