## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., <br><br> Plaintiff, <br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 04-12668 (RGS) (RBC) <br> Honorable Richard G. Stearns |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, I sent Plaintiff's Motion to Restore Action to Docket filed through the ECF system on February 3, 2006, in paper copies to those indicated as non registered participants.

                                                     /s/Victoria L. Walton
                                                     Victoria L. Walton