UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

REEBOK INTERNATIONAL LTD.

    V.           CIVIL ACTION NO. 04-12668-RGS

WAL-MART STORES, INC.

<u>ORDER SETTING CASE FOR TRIAL</u>

STEARNS, DJ.

  THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>MONDAY, JULY 10, 2006</u> AT <u>9:00 A.M.</u> IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

  ON OR BEFORE JULY 5, 2006, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

  1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
  2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;
  3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;
  4. A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;
  5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;
  6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
  7. A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;
  8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
  9. In cases to be tried by a jury:
    A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
    B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D. A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING

    THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
    TO BE READ TO THE VENIRE DURING EMPANELMENT.
10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.
11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on  THURSDAY, JULY 6, 2006 at 3:00 P.M.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT. TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u> BE TOLERATED.

  SO ORDERED.

             RICHARD G. STEARNS
             UNITED STATES DISTRICT JUDGE

      BY:

             /s/ Mary   H. Johnson
              Deputy Clerk

DATED AT BOSTON:  2-7-06