# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation,<br><br>                          Plaintiff,<br>     v.<br>WAL-MART STORES, INC., a Delaware corporation<br><br>                          Defendant. | Civil Action No. 04-cv-12668-RGS |

This matter having come before the Court on the pleadings of record and it being represented that the plaintiff, Reebok International Ltd. ("Reebok") and defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), through their respective counsel, have reached final agreement on settlement of the claims made in this action and, based upon that agreement, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1)    This action, and all claims and defenses asserted in the above action by or against the parties, are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(2); and

    2)    Each party shall bear his, her or its own costs and attorney fees.

SO ENTERED:

Dated: _____                    _____
                                                             Hon. Richard G. Stearns
                                                            UNITED STATES DISTRICT JUDGE

AGREED TO AND ACCEPTED BY:

/s/Victoria L. Walton
Shepard Davidson
Victoria L. Walton
BURNS & LEVINSON
125 Summer Street
Boston, MA 02110
617-345-3000
Fax: 617-345-3299

David K.S. Cornwell (*pro hac vice*)
Donald R. Banowit (*pro hac vice*)
Rae Lynn P. Guest (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
202-371-2600
Fax: 202-371-2540

Attorneys for Plaintiff
Reebok International, Ltd.

Irving H. Picard
Oren J. Warshavsky (*pro hac vice*)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER
& VECCHIONE P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119
212-649-4700
Fax: 212-333-5980

Attorneys for Defendant
Wal-Mart Stores, Inc.

553346_1.doc